**Appendix K**

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 23 AM 9:48
X EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:09-CV-00283
Style: Life Technologies Corporation, et al v. Biosearch Technologies, Inc.

2. Applicant is representing the following party/ies: Life Technologies Corporation and Applied Biosystems, LLC

3. Applicant was admitted to practice in California (state) on December 1, 1995 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
State of California; USDC Central & Northern Districts of California; U.S. Court of Appeals for Federal Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Kurtis D. MacFerrin do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date October 19, 2009    Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kurtis D. MacFerrin
State Bar Number 178006
Firm Name: Applied Biosystems
Address/P.O. Box: 850 Lincoln Centre Drive
City/State/Zip: Foster City, CA 94404
Telephone #: 650-554-3410
Fax #: 650-638-6677
E-mail Address: kurtis.d.macferrin@appliedbiosystems.com
Secondary E-Mail Address: Kurtis.MacFerrin@Lifetech.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 10-23-09

### DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Heaton
Deputy Clerk

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Marshall

Date:      Friday, October 23, 2009

Received from:

**Vinson & Elkins LLP**

**1001 Fannin Street**

**Houston, Tx 77002**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:      **Check**

Case or other reference:      **2:09-cv-283**

Comments:      **CH# 1744507    PHV for MacFerrin**

Received by:      **ch**