IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION | § | |
| and APPLIED BIOSYSTEMS, LLC | § | |
| | § | CIVIL ACTION NO. 2:09-CV-283 |
| VS. | § | |
| | § | |
| BIOSEARCH TECHNOLOGIES, INC., | § | JURY TRIAL DEMANDED |
| ET AL | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in

this matter for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC for purposes

of receiving notices and orders from the Court.

Date: November 10, 2009.                          Respectfully submitted,

                                                 By:/s/ Otis Carroll
                                                 Otis Carroll
                                                 Tex. State Bar No. 03895700
                                                 IRELAND, CARROLL & KELLEY, P.C.
                                                 6101 S. Broadway, Suite 500
                                                 Tyler, Texas 75703
                                                 Tel: (903) 561-1600
                                                 Fax; (903) 581-1071
                                                 Email: Fedserv@icklaw.com

                                                 ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2009, a true and correct copy of the
foregoing document was sent to all counsel of record via the Court's electronic filing system.

                                                 /s/ Otis Carroll