**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:09-CV-00283 TJW-CE** |

**[PROPOSED] ORDER GRANTING DEFENDANTS BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG OPERON, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1404(a)**

Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) has come before the Court. The Court having considered the motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS the Motion and ORDERS this action transferred to the Northern District of California for further proceedings.

IT IS SO ORDERED.

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system on January 5, 2010.

                                                 */s/ Winstol D. Carter, Jr.*
                                                 Winstol D. Carter, Jr.