**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. | ) ) ) ) ) ) | |
| *Defendants.* | | |

**ORDER DENYING DEFENDANTS BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG OPERON INC.'S MOTION TO TRANSFER VENUE**

Before the court is Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Plaintiffs' opposition thereto. After considering all of the parties' arguments and evidence, the Court hereby DENIES Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).