

**SHACKELFORD MELTON & McKINLEY**
▪▪▪▪▪▪ ATTORNEYS & COUNSELORS

Nicole T. LeBoeuf
Direct 214.780.1499
nleboeuf@shacklaw.net

February 25, 2010

<u>*Via* E-FILE</u>
Mr. David J. Maland
United States District Clerk
Eastern District of Texas
106 William M. Steger, U.S. Courthouse & Federal Building
211 West Ferguson Street
Tyler, Texas 75702

Re:   *Life Technologies Corporation and Applied Biosystems, LLC vs. Biosearch Technologies, Inc., et al;* In the United States District Court for the Eastern District of Texas, Marshall Division; Civil Action No. 2:09-CV-283

Dear Mr. Maland:

In connection with the above-referenced case I have scheduled vacation dates for April 30, 2010, and May 10-18th, 2010. I respectfully request that the parties and the Court refrain from setting hearings or any matters that may require appearances during these time periods, other than those already set by the Court.

Very truly yours,

Nicole T. LeBoeuf, Esq.

NTL/dp

Cc:   All counsel of record (*Via* E-mail)

3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
*Phone* 214.780.1400
*Fax* 214.780.1401
www.shacklaw.net