IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION | § | |
| and APPLIED BIOSYSTEMS, LLC | § | |
| | § | CIVIL ACTION NO. 2:09-CV-283 |
| VS. | § | |
| | § | |
| BIOSEARCH TECHNOLOGIES, INC., | § | JURY TRIAL DEMANDED |
| ET AL | § | |

**PLAINTIFFS' UNOPPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SUR-REPLY**

Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC file this unopposed motion seeking an extension of time to file their Sur-reply to Defendant Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) in the above-referenced cause and would show the Court as follows:

Plaintiffs' Sur-Reply to Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is currently due on or before March 22, 2010. Plaintiffs respectfully request that the Court enter an order extending their time to file their Sur-Reply to said motion to and including March 29, 2010.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

DATE: March 19, 2010

BY: /s/ Collin Maloney
Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:(903) 561-1600
Facsimile: (903) 581-1071
Fedserv@icklaw.com

William B. Dawson
State Bar No. 05606300
VINSON & ELKINS, L.L.P.
3700 Trammell Crow Center
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
wdawson@velaw.com

Tracey B. Davies
State Bar No. 24001858
tdavies@velaw.com
Margaret J. Sampson
State Bar No. 24027953
msampson@velaw.com
VINSON & ELKINS, L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612

David K. Wooten
State Bar No. 24033477
VINSON & ELKINS, L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
dwooten@velaw.com
Tel: (713) 758-2095
Fax: (713) 615-5936

*Attorneys for Plaintiffs Life Technologies*
*Corporation and Applied Biosystems, LLC*

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiffs has conferred with counsel for Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc. who agreed to the relief requested in this motion.

/s/ Collin Maloney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 19th day of March, 2010.

/s/ Collin Maloney