**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, | ) | |
| and | ) | |
| APPLIED BIOSYSTEMS, LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 2:09-cv-00283 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| BIOSEARCH TECHNOLOGIES, INC., | ) | |
| BIO-SYNTHESIS, INC., | ) | |
| EUROFINS MWG OPERON INC., and | ) | |
| THE MIDLAND CERTIFIED REAGENT | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| *Defendants.* | | |

**ORDER**

Before the Court is Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC's

UNOPPOSED MOTION SEEKING AN EXTENSION OF TIME TO ANSWER OR

OTHERWISE RESPOND to Defendant The Midland Certified Reagent Company, Inc.'s Original

Answer and Counterclaim to and including April 26, 2010, and an extension of time to respond to

Defendant The Midland Certified Reagent Company, Inc.'s Motion for Severance and Transfer to

and including April 26, 2010.   After considering the motion, and that Defendant has agreed to the

extension, the Court finds that it is well taken and is hereby **GRANTED.**   Accordingly, Plaintiffs

shall have until and including April 26, 2010, to answer or otherwise respond to Defendant The

Midland Certified Reagent Company, Inc.'s Original Answer and Counterclaim, and until and

including April 26, 2010 to respond to Defendant The Midland Certified Reagent Company, Inc.'s

Motion for Severance and Transfer.

SIGNED this 12th day of April, 2010.


CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE