**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. | ) ) ) ) ) ) | |
| *Defendants.* | | |

**SECOND JOINT MOTION FOR EXTENSION OF TIME TO
SUBMIT A PROPOSED PROTECTIVE ORDER**

The parties in the above-entitled and numbered civil action hereby move for an additional two week extension of time to submit a proposed protective order. The Court's Order dated June 10, 2010 (Document 89) currently requires the parties to submit a proposed protective order on June 23, 2010. The parties have made considerable progress in negotiating the language for a mutually agreeable protective order, and continue to believe that with the additional time an agreement on a proposed protective order can be reached without necessity of Court intervention.

WHEREFORE, PREMISES CONSIDERED, the parties request that this motion be granted and the parties be allowed a two week extension of time, until and including July 7, 2010, to submit a proposed protective order.

Dated:  June 23, 2010                                          Respectfully submitted,

/s/ Daniel Johnson, Jr.
James L. Beebe (State Bar No. 24038708)
Winstol D. Carter, Jr.(State Bar No. 03932950)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  (713) 890-5000
Fax: (713) 890-5001
jbeebe@morganlewis.com
wcarter@morganlewis.com

Daniel Johnson, Jr.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1392
Fax: (415) 442-1001
djjohnson@morganlewis.com

***Attorneys for Defendant Biosearch Technologies, Inc.***

/s/ Irena Rozyman
Richard Alan Sayles (State Bar No. 17697500)
Eve L. Henson (State Bar No. 00791462)
SAYLES WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, TX  75270
Tel:  (214) 939-8700
Fax:  (214) 939-8787
dsayles@swtriallaw.com
ehenson@swtriallaw.com

Irena Rozyman
Eugene Martin Gelernter
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
Tel:  (212) 336-2081
Fax: (212) 336-7936
iroyzman@pbwt.com
emgelernter@pbwt.com

***Attorneys for Eurofins MWG Operon Inc.***

/s/ David K. Wooten
Otis Carroll (State Bar No. 03895700)
Collin Maloney (State Bar No. 00794219)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
Fedserv@icklaw.com

William B. Dawson (State Bar No. 05606300)
VINSON & ELKINS, LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Tel:  (214) 220-7926
Fax:  (214) 999-7926
bdawson@velaw.com

Tracey B. Davies (State Bar No. 24001858)
Margaret J. Sampson (State Bar No. 24027953)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400
Fax:  (512) 542-8612
tdavies@velaw.com
msampson@velaw.com

David K. Wooten (State Bar No. 24033477)
Leisa Talbert Peschel(State Bar No. 24060414)
VINSON & ELKINS, LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Tel:  (713) 758-2095
Fax:  (713) 615-5936
dwooten@velaw.com
lpeschel@velaw.com

***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

| | |
|---|---|
| */s/ Thomas G. Jacks* | */s/ Nicole T. LeBoeuf* |
| Scott A. Meyer (State Bar No. 24013162) | Nicole T. LeBoeuf (State Bar No. 00791091) |
| Thomas G. Jacks (State Bar No. 24067681) | SHACKELFORD MELTON & MCKINLEY |
| CHALKER FLORES, LLP | 3333 Lee Parkway |
| 2711 LBJ Freeway, Suite 1036 | Tenth Floor |
| Dallas, TX  75234 | Dallas, Texas 75219 |
| Tel: (214) 866-0001 | Tel: (214) 780-1400 |
| Fax: (214) 866-0010 | Fax: (214) 780-1401 |
| smeyer@chalkerflores.com | nleboeuf@shacklaw.net |
| tjacks@chalkerflores.com | |
| | *Attorneys for Defendant Bio-Synthesis, Inc.* |
| *Attorneys for Defendant The Midland Certified Reagent Company, Inc.* | |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 23rd day of  June, 2010.

/s/David K. Wooten