**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, | ) | |
| and | ) | |
| APPLIED BIOSYSTEMS, LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 2:09-cv-00283 |
| | ) | |
| v. | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., | ) | |
| BIO-SYNTHESIS, INC., | ) | |
| EUROFINS MWG OPERON INC., and | ) | |
| THE MIDLAND CERTIFIED REAGENT | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| *Defendants.* | | |

**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME TO**
**SUBMIT A PROPOSED PROTECTIVE ORDER**

The Court, having considered the parties' Joint Motion for Extension of Time to Submit a

Proposed Protective Order filed on June 23, 2010, finds that this motion has merit and is hereby

GRANTED.  The parties have until and including July 7, 2010 to submit a proposed protective

order.