# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) |
| *Plaintiffs,* | ) ) CIVIL ACTION NO. 2:09-cv-00283 |
| v. | ) ) DEMAND FOR JURY TRIAL ) |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. | ) ) ) ) ) ) |
| *Defendants.* | |

## STIPULATED ORDER OF DISMISSAL

Before the Court is Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and Defendant The Midland Certified Reagent Company, Inc.'s JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL. After considering the motion, and the Court having been advised that the parties have resolved this matter, the Court hereby dismisses all claims and causes of action asserted herein between Plaintiffs and Defendant The Midland Certified Reagent Company, Inc. with prejudice. It is therefore,

ORDERED that each party shall bear its own costs and attorneys' fees. It is also,

ORDERED that this is a final judgment and is appealable.

SIGNED this 24th day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE