## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, ) ) ) ) | |
| *Plaintiffs,* ) | CIVIL ACTION NO. 2:09-cv-00283 |
| ) | |
| v. ) | |
| ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. ) ) ) ) ) ) | |
| *Defendants.* | |

**THIRD JOINT MOTION FOR EXTENSION OF TIME TO
SUBMIT A PROPOSED PROTECTIVE ORDER**

The parties in the above-entitled and numbered civil action hereby move for an additional one week extension of time to submit a proposed protective order.  The Court's Order dated June 24, 2010 (Document 93) currently requires the parties to submit a proposed protective order on July 7, 2010.  The parties have agreed on the language for majority of the provisions of a mutually agreeable protective order, and are requesting another week of additional time in order to continue negotiations related one remaining issue.

WHEREFORE, PREMISES CONSIDERED, the parties request that this motion be granted and the parties be allowed a one week extension of time, until and including July 14, 2010, to submit a proposed protective order.

Dated:  July 7, 2010                                                                  Respectfully submitted,

/s/ Daniel Johnson, Jr.                                                              /s/ David K. Wooten
James L. Beebe (Texas Bar  24038708)                      Otis Carroll (Texas Bar 03895700)
Winstol D. Carter, Jr.(Texas Bar 03932950)                Collin Maloney (Texas Bar 00794219)
MORGAN, LEWIS & BOCKIUS LLP                               IRELAND, CARROLL & KELLEY, PC
1000 Louisiana Street, Suite 4000                         6101 S. Broadway, Suite 500
Houston, Texas 77002                                      Tyler, TX  75703
Tel:  (713) 890-5000                                      Tel:  (903) 561-1600
Fax: (713) 890-5001                                       Fax:  (903) 581-1071
jbeebe@morganlewis.com                                    Fedserv@icklaw.com
wcarter@morganlewis.com

                                                          William B. Dawson (Texas Bar 05606300)
Daniel Johnson, Jr.                                       VINSON & ELKINS, LLP
Ahren C. Hoffman (Texas Bar  24053269)                    3700 Trammell Crow Center
MORGAN LEWIS & BOCKIUS LLP                                2001 Ross Avenue
One Market, Spear Street Tower                            Dallas, TX  75201-2975
San Francisco, CA 94105                                   Tel:  (214) 220-7926
djjohnson@morganlewis.com                                 Fax:  (214) 999-7926
ahoffman@morganlewis.com                                  bdawson@velaw.com

***Attorneys for Defendant Biosearch***                   Tracey B. Davies (Texas Bar 24001858)
***Technologies, Inc. and Attorneys for Eurofins***       VINSON & ELKINS, LLP
***MWG Operon Inc.***                                     The Terrace 7
                                                          2801 Via Fortuna, Suite 100
                                                          Austin, TX 78746-7568
/s/ Nicole T. LeBoeuf                                     Tel:  (512) 542-8400
Nicole T. LeBoeuf (Texas Bar 00791091)                    Fax:  (512) 542-8612
SHACKELFORD MELTON & MCKINLEY                             tdavies@velaw.com
3333 Lee Parkway
Tenth Floor                                               Margaret J. Sampson (Texas Bar 24027953)
Dallas, Texas 75219                                       VINSON & ELKINS, LLP
Tel: (214) 780-1400                                       525 University Avenue
Fax: (214) 780-1401                                       Suite 410
nleboeuf@shacklaw.net                                     Palo Alto, CA 94301-1918
                                                          Tel: (650) 617-8400
***Attorneys for Defendant Bio-Synthesis, Inc.***         Fax: (650) 618-1970
                                                          msampson@velaw.com

                                                          David K. Wooten (Texas Bar 24033477)
                                                          Leisa Talbert Peschel (Texas Bar 24060414)
                                                          VINSON & ELKINS, LLP
                                                          1001 Fannin Street, Suite 2500
                                                          Houston, TX  77002-6760
                                                          Tel:  (713) 758-2095
                                                          Fax:  (713) 615-5936

>dwooten@velaw.com
>lpeschel@velaw.com
>
>***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 7th day of July, 2010.


>*/s/David K. Wooten*