**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LIFE TECHNOLOGIES CORP. and** | § | |
| **APPLIED BIOSYSTEMS, LLC,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **NO.      2:09-CV-00283 (TJW-CE)** |
| | § | |
| **BIOSEARCH TECHNOLOGIES, INC.,** | § | |
| **BIO-SYNTHESIS, INC., EUROFINS** | § | |
| **MWG OPERON INC., and THE** | § | |
| **MIDLAND CERTIFIED REAGENT CO.,** | § | |
| **INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**NOTICE OF INITIAL DISCLOSURES OF BIOSEARCH TECHNOLOGIES, INC.**

Defendant Biosearch Technologies, Inc. hereby certifies that it served all counsel of record with its Initial Disclosures in accordance with the Court's Discovery and Docket Control Orders on September 15, 2010.

Dated: September 15, 2010          Respectfully submitted,

                                                         MORGAN, LEWIS & BOCKIUS LLP


                                                         */s/ Daniel Johnson, Jr.*
                                                         Winstol D. Carter, Jr. (TX Bar No. 03932950)
                                                         Email:  wcarter@morganlewis.com
                                                         1000 Louisiana Street, Suite 4000
                                                         Houston, Texas 77002
                                                         (713) 890-5000 Telephone
                                                         (713) 890-5001 Facsimile

Daniel Johnson, Jr. (admitted Pro Hac Vice)
Email: djjohnson@morganlewis.com
Ahren C. Hoffman (TX Bar No. 24053269)
Email: ahoffman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 Telephone
(415) 442-1001 Facsimile

**Attorneys for Defendant Biosearch Technologies, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system on September 15, 2010.

/s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.

William B. Dawson
Vinson & Elkins
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX  75201-2975
bdawson@velaw.com

David K. Wooten
Vinson & Elkins
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
dwooten@velaw.com

**Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC**

Nicole T. LeBoeuf
Shackelford Melton & McKinley
3333 Lee Parkway, 10th Floor
Dallas, TX  75219
nleboeuf@shacklaw.net

**Attorneys for Defendant Bio-Synthesis, Inc.**

DB2/21924340.1