IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC.<br><br>    *Defendants.* | CIVIL ACTION NO. 2:09-cv-00283<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF COMPLIANCE WITH THE COURT'S DISCOVERY AND DOCKET CONTROL ORDERS

The parties hereby certify that on September 23, 2010, the parties complied with the Court's Discovery Order (Dkt. No. 83) and the Court's Docket Control Order (Dkt. No. 84) by attending a telephone conference to meet and confer regarding the submission of a proposed Agreed Electronic Discovery Order.

Date:  September 24, 2010

Respectfully submitted,

*/s/ Ahren C. Hoffman*
James L. Beebe (Texas Bar 24038708)
Winstol D. Carter, Jr.(Texas Bar 03932950)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  (713) 890-5000
Fax: (713) 890-5001
jbeebe@morganlewis.com
wcarter@morganlewis.com

Daniel Johnson, Jr. (admitted *pro hac vice*)
Ahren C. Hoffman (Texas Bar  24053269)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1392
Fax: (415) 442-1001
djjohnson@morganlewis.com

*/s/ David K. Wooten*
Otis Carroll (Texas Bar 03895700)
Collin Maloney (Texas Bar 00794219)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
Fedserv@icklaw.com

William B. Dawson (Texas Bar 05606300)
VINSON & ELKINS, LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Tel:  (214) 220-7926
Fax:  (214) 999-7926
bdawson@velaw.com

1

*Attorneys for Defendant Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.*

/s/ Nicole T. LeBoeuf
Nicole T. LeBoeuf (Texas Bar 00791091)
SHACKELFORD MELTON & MCKINLEY
3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
Tel: (214) 780-1400
Fax: (214) 780-1401
nleboeuf@shacklaw.net

*Attorneys for Defendant Bio-Synthesis, Inc.*

Tracey B. Davies (Texas Bar 24001858)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612
tdavies@velaw.com

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

David K. Wooten (Texas Bar 24033477)
Leisa Talbert Peschel (Texas Bar 24060414)
VINSON & ELKINS, LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: (713) 758-2095
Fax: (713) 615-5936
dwooten@velaw.com
lpeschel@velaw.com

*Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 24th day of September, 2010.

                                                 */s/David K. Wooten*