IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:09-CV-00283 TJW-CE |

**CERTIFICATE OF CONFERENCE RE:
DEFENDANTS BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG
OPERON INC.'S OBJECTIONS TO AND MOTION TO RECONSIDER THE
SEPTEMBER 30, 2010 ORDER DENYING DEFENDANTS' MOTION TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

The objections to and motion to reconsider the September 30, 2010 Order Denying Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed by Defendants Biosearch Technologies, Inc. ("Biosearch") and Eurofins MWG Operation Inc. ("Eurofins") are opposed. I, Ahren C. Hsu-Hoffman, counsel for Biosearch and Eurofins, contacted Plaintiffs' counsel, David Wooten, regarding these objections and the motion. Mr. Wooten informed me that Plaintiffs opposed them.

*/s/ Ahren C. Hsu-Hoffman*
Ahren C. Hsu-Hoffman
