**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | § § § § | |
| *Plaintiffs,* | § § | C. A. NO. 2:09-cv-00283-TJW-CE |
| v. | § § | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC. *Defendants.* | § § § § § § | |

## **ORDER**

Before the Court is Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). (Dkt. No. 27.) Also before the Court are Plaintiffs' response, Defendants' reply, and Plaintiffs' sur-reply. (Dkt. Nos. 51, 62, & 72.) Magistrate Judge Everingham issued an Order denying Defendants' Motion to Transfer on September 30, 2010. (Dkt. No. 120.) Defendants filed their Objections To and Motion to Reconsider the September 30, 2010 Order (Dkt. No. 122) and Plaintiffs have responded. Having considered the briefing and all relevant papers, the Court finds that Defendants' objections should be OVERRULED. Defendants' Motion to Transfer is hereby DENIED.