## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. | ) ) ) ) ) ) | |
| *Defendants.* | | |

### JOINT MOTION FOR EXTENSION OF TIME TO
### SUBMIT PROPOSED ELECTRONIC DISCOVERY ORDER

The parties in the above-entitled and numbered civil action hereby move for an extension of time to submit a proposed electronic discovery order. The Order dated November 18, 2010 (Document 137) currently requires the parties to submit an electronic discovery order on December 1, 2010. The parties continue to negotiate the language for a mutually agreeable proposed electronic discovery order and believe that with additional time an agreement on a proposed electronic discovery order can be reached without necessity of Court intervention.

WHEREFORE, PREMISES CONSIDERED, the parties request that this motion be granted and the parties be allowed an extension of time, until and including December 6, 2010, to submit a proposed electronic discovery order.

Dated:  December 1, 2010                                      Respectfully submitted,

/s/ Daniel Johnson, Jr.                                         /s/ David K. Wooten
Winstol D. Carter, Jr.(Texas Bar 03932950)       Collin Maloney (Texas Bar 00794219)
James L. Beebe (Texas Bar  24038708)             Otis Carroll (Texas Bar 03895700)
MORGAN, LEWIS & BOCKIUS LLP                          IRELAND, CARROLL & KELLEY, PC
1000 Louisiana Street, Suite 4000                        6101 S. Broadway, Suite 500
Houston, Texas 77002                                            Tyler, TX  75703
Tel:  (713) 890-5000                                              Tel:  (903) 561-1600
Fax: (713) 890-5001                                              Fax:  (903) 581-1071
wcarter@morganlewis.com                                   Fedserv@icklaw.com
jbeebe@morganlewis.com

                                                                          William B. Dawson (Texas Bar 05606300)
Daniel Johnson, Jr. (admitted *pro hac vice*)    VINSON & ELKINS, LLP
Ahren C. Hoffman (Texas Bar  24053269)         3700 Trammell Crow Center
MORGAN LEWIS & BOCKIUS LLP                         2001 Ross Avenue
One Market, Spear Street Tower                          Dallas, TX  75201-2975
San Francisco, CA 94105                                      Tel:  (214) 220-7926
djjohnson@morganlewis.com                              Fax:  (214) 999-7926
ahoffman@morganlewis.com                             bdawson@velaw.com

*Attorneys for Defendant Biosearch*                  Tracey B. Davies (Texas Bar 24001858)
*Technologies, Inc. and Attorneys for Eurofins*  Stephen M. Hash (Texas Bar 24012800)
*MWG Operon Inc.*                                               VINSON & ELKINS, LLP
                                                                          The Terrace 7
/s/ Nicole T. LeBoeuf                                           2801 Via Fortuna, Suite 100
Nicole T. LeBoeuf (Texas Bar 00791091)          Austin, TX 78746-7568
SHACKELFORD MELTON & MCKINLEY                    Tel:  (512) 542-8400
3333 Lee Parkway                                                Fax:  (512) 542-8612
Tenth Floor                                                           tdavies@velaw.com
Dallas, Texas 75219                                              shash@velaw.com
Tel: (214) 780-1400
Fax: (214) 780-1401                                             Margaret J. Sampson (Texas Bar 24027953)
nleboeuf@shacklaw.net                                       VINSON & ELKINS, LLP
                                                                          525 University Avenue
*Attorneys for Defendant Bio-Synthesis, Inc.*    Suite 410
                                                                          Palo Alto, CA 94301-1918
                                                                          Tel: (650) 617-8400
                                                                          Fax: (650) 618-1970
                                                                          msampson@velaw.com

                                                                          David K. Wooten (Texas Bar 24033477)
                                                                          Leisa Talbert Peschel (Texas Bar 24060414)
                                                                          VINSON & ELKINS, LLP
                                                                          1001 Fannin Street, Suite 2500
                                                                          Houston, TX  77002-6760
                                                                          Tel:  (713) 758-2095

Fax: (713) 615-5936
dwooten@velaw.com
lpeschel@velaw.com

*Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 1st day of December, 2010.

*/s/David K. Wooten*