IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:09-cv-283 (TJW-CE) |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § § | |

**JOINT MOTION TO EXTEND DEADLINE FOR COMPLIANCE WITH PARAGRAPH 3(b) OF THE COURT'S JUNE 1, 2010 DISCOVERY ORDER**

Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and Defendants Biosearch Technologies, Inc., Bio-Synthesis, Inc., and Eurofins MWG Operon Inc., (collectively, "the Parties") hereby file this Joint Motion to Extend the Deadline for the Parties to Comply with paragraph 3(b) of the Court's June 1, 2010 Discovery Order.

Paragraph 3(b) of the Court's June 1, 2010 Discovery Order requires the Parties to produce "all documents, electronically stored information, and tangible things" that are "relevant to the pleaded claims or defenses" of this litigation by January 28, 2011. (Docket No. 83 at 3-4.).

The Parties seek an extension of approximately two weeks, to February 11, 2011, of the deadline for the Parties to produce documents pursuant to paragraph 3(b) that are not subject to the pending disputed ESI Motion filed on December 14, 2010. The Parties seek this extension to complete their document collection and review. The Parties continue to meet and confer

regarding the deadline for production of ESI documents, and will apprise the Court of the

Parties' agreement on a later date.

Dated:  January 27, 2011                                Respectfully submitted,


/s/  Winstol D. Carter, Jr.
Winstol D. Carter, Jr.(Texas Bar 03932950)
James L. Beebe (Texas Bar  24038708)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  (713) 890-5000
Fax: (713) 890-5001
wcarter@morganlewis.com
jbeebe@morganlewis.com

Daniel Johnson, Jr. (admitted *pro hac vice*)
Ahren C. Hoffman (Texas Bar  24053269)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
djjohnson@morganlewis.com
ahoffman@morganlewis.com

***Attorneys for Defendant Biosearch Technologies, Inc. and Attorneys for Eurofins MWG Operon Inc.***

/s/ Nicole T. LeBoeuf
Nicole T. LeBoeuf (Texas Bar 00791091)
SHACKELFORD MELTON & MCKINLEY
3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
Tel: (214) 780-1400
Fax: (214) 780-1401
nleboeuf@shacklaw.net

***Attorneys for Defendant Bio-Synthesis, Inc.***

/s/ David K. Wooten
Collin Maloney (Texas Bar 00794219)
Otis Carroll (Texas Bar 03895700)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
Fedserv@icklaw.com

William B. Dawson (Texas Bar 05606300)
VINSON & ELKINS, LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Tel:  (214) 220-7926
Fax:  (214) 999-7926
bdawson@velaw.com

Tracey B. Davies (Texas Bar 24001858)
Stephen M. Hash (Texas Bar 24012800)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400
Fax:  (512) 542-8612
tdavies@velaw.com
shash@velaw.com

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

        David K. Wooten (Texas Bar 24033477)
        Leisa Talbert Peschel (Texas Bar 24060414)
        VINSON & ELKINS, LLP
        1001 Fannin Street, Suite 2500
        Houston, TX  77002-6760
        Tel:  (713) 758-2095
        Fax:  (713) 615-5936
        dwooten@velaw.com
        lpeschel@velaw.com

        ***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 27, 2011.

        */s/ Winstol D. Carter, Jr.*
        Winstol D. Carter, Jr.