IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>    *Plaintiffs*,<br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>    *Defendants*. | Civil Action No. 2:09-cv-283 (TJW-CE)<br><br>JURY TRIAL DEMANDED |

**ORDER RE JOINT MOTION TO EXTEND DEADLINE FOR COMPLIANCE
WITH PARAGRAPH 3(b) OF THE COURT'S JUNE 1, 2010 DISCOVERY ORDER**

Before this Court is Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and Defendants Biosearch Technologies, Inc., Bio-Synthesis, Inc., and Eurofins MWG Operon Inc., (collectively, "the Parties") Joint Motion to Extend the Deadline for the Parties to Comply with Paragraph 3(b) of the Court's June 1, 2010 Discovery Order.

Having considered the motion, it is hereby ORDERED that the Court GRANTS the Parties' Joint Motion to Extend the Deadline for Compliance With Paragraph 3(b) of the Court's June 1, 2010 Discovery Order.

It is further ORDERED that the deadline for the Parties to comply with paragraph 3(b) of the Court's June 1, 2010 Discovery Order with respect to hard copy documents is extended to February 11, 2011.

SIGNED this 28th day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE