IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC.<br><br>*Defendants.* | CIVIL ACTION NO. 2:09-cv-00283<br><br>DEMAND FOR JURY TRIAL |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following individual hereby enters her appearance as counsel of record on behalf of Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC.

                                        Cora Schmid (California Bar No. 237267)
                                      LIFE TECHNOLOGIES, INC.
                                      850 Lincoln Centre Drive
                                      Foster City, CA  94404
                                      Tel  (650) 638-6245
                                      Fax  (650) 554-2885
                                      Cora.Schmid@lifetech.com

January 27, 2011                                    Respectfully submitted,


  /s/ *Cora Schmid*               
Otis Carroll (Texas Bar 03895700)
Collin Maloney (Texas Bar 00794219)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Fedserv@icklaw.com

William B. Dawson (Texas Bar 05606300)
VINSON & ELKINS, LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
bdawson@velaw.com

Tracey B. Davies (Texas Bar 24001858)
Stephen M. Hash (Texas Bar 24012800)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612
tdavies@velaw.com
shash@velaw.com

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

David K. Wooten (Texas Bar 24033477)
Leisa Talbert Peschel (Texas Bar 24060414)
VINSON & ELKINS, LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: (713) 758-2095
Fax: (713) 615-5936
dwooten@velaw.com
lpeschel@velaw.com

Cora Schmid (California Bar 237267)
LIFE TECHNOLOGIES, INC.
850 Lincoln Centre Drive
Foster City, CA 94404
Tel: (650) 638-6245
Fax: (650) 554-2885
Cora.Schmid@lifetech.com

*Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the __27th_ day of ____January_____, 2011

                                       */s/ Cora Schmid*