**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:09-CV-00283 |
| Vs. | § § | |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON, INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC. | § § § § § § | DEMAND FOR JURY TRIAL |
| Defendants. | § § | |

**ORDER GRANTING BIOSYNTHESIS INC.'S MOTION FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES AND DISCLOSURES PURSUANT TO PARAGRAPHS 1 AND 3C OF THE JOINT AGREED DISCOVERY ORDER**

The Court, having considered Defendant Bio-Synthesis, Inc.'s Unopposed Motion for Extension of Time to Serve Initial Disclosures and Disclosures Pursuant to Paragraphs 1 and 3C of the Joint Agreed Discovery Order, finds that this motion has merit and it is hereby GRANTED. Defendant Bio-Synthesis, Inc. has until and including March 3, 2011 to serve its Initial Disclosures and its disclosures pursuant to paragraphs 1 and 3C of the Joint Agreed Discovery Order, and produce accompanying documents.

SIGNED this 18th day of February, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE