# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | )<br>)<br>)<br>) |
| *Plaintiffs,* | )   CIVIL ACTION NO. 2:09-cv-00283 |
| v. | )<br>) |
| | )   DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., | )<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to the Court's March 29, 2011 Order (Dkt. No. 172), the parties submit a stipulated protective order that is agreed to by the parties. The parties respectfully request that the Court enter the order.

Dated: April 5, 2011                                              Respectfully submitted,

| | |
|---|---|
| */s/ Daniel Johnson, Jr.* | */s/ Leisa Talbert Peschel* |
| Winstol D. Carter, Jr.(Texas Bar 03932950) | Leisa Talbert Peschel (Texas Bar 24060414) |
| James L. Beebe (Texas Bar 24038708) | David K. Wooten (Texas Bar 24033477) |
| MORGAN, LEWIS & BOCKIUS LLP | VINSON & ELKINS, LLP |
| 1000 Louisiana Street, Suite 4000 | 1001 Fannin Street, Suite 2500 |
| Houston, Texas 77002 | Houston, TX 77002-6760 |
| Tel: (713) 890-5000 | Tel: (713) 758-2095 |
| Fax: (713) 890-5001 | Fax: (713) 615-5936 |
| wcarter@morganlewis.com | lpeschel@velaw.com |
| jbeebe@morganlewis.com | wooten@velaw.com |

Daniel Johnson, Jr. (admitted *pro hac vice*)
Ahren C. Hoffman (Texas Bar  24053269)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  (415) 442-1000
Fax: (415) 442-1001
djjohnson@morganlewis.com
ahoffman@morganlewis.com

*Attorneys for Defendant Biosearch Technologies, Inc. and Attorneys for Defendant Eurofins MWG Operon Inc.*

*/s/ Nicole T. LeBoeuf*
Nicole T. LeBoeuf (Texas Bar 00791091)
SHACKELFORD MELTON & MCKINLEY
3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
Tel: (214) 780-1400
Fax: (214) 780-1401
nleboeuf@shacklaw.net

*Attorneys for Defendant Bio-Synthesis, Inc.*

Collin Maloney (Texas Bar 00794219)
Otis Carroll (Texas Bar 03895700)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax: (903) 581-1071
Fedserv@icklaw.com

William B. Dawson (Texas Bar 05606300)
GIBSON DUNN & CRUTCHER
2100 McKinney Ave
Suite 100
Dallas, TX  75201-6912
Tel:  (214) 698-3132
Fax:  (214) 571-2900
wdawson@gibsondunn.com

Tracey B. Davies (Texas Bar 24001858)
Stephen M. Hash (Texas Bar 24012800)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400
Fax:  (512) 542-8612
tdavies@velaw.com
shash@velaw.com

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

Kurtis MacFerrin (admitted *pro hac vice*)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 554-3410
Fax:  (650) 638-6677
kurtis.macferrin@lifetech.com

Cora Schmid (California Bar No. 237267)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 638-6245
Fax:  (650) 554-2885
cora.schmid@lifetech.com

***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 5th day of April, 2011.

*/s/ Leisa Talbert Peschel*
Leisa Talbert Peschel

US 832655