**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, | ) | |
| and | ) | |
| APPLIED BIOSYSTEMS, LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 2:09-cv-00283 |
| | ) | |
| v. | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., | ) | |
| BIO-SYNTHESIS, INC., and | ) | |
| EUROFINS MWG OPERON INC., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In compliance with the Court's Docket Control Order (Dkt. No. 84), the Court's Order on Joint Motion for Extension of Time (Dkt. No. 170), and Patent Rule 4–3, Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC (collectively, "Life Tech") and Defendants Biosearch Technologies, Inc. ("Biosearch"), Bio-Synthesis, Inc. ("Bio-Synthesis"), and Eurofins MWG Operon, Inc. ("Eurofins") (collectively, the "parties") hereby provide their Joint Claim Construction and Prehearing Statement.

## I.     AGREED AND DISPUTED TERMS (P.R. 4–3(a) & (b))

The claim terms and phrases to which Life Tech, Biosearch, and Eurofins have stipulated to agreed constructions and to which Bio-Synthesis has no objection are set forth in Attachment A.  Life Tech, Biosearch, and Eurofins have set forth their proposed constructions as to the claim terms and phrases that are in dispute in Attachment B.  Life Tech has set forth evidence relevant to the claim terms and phrases that are in dispute in Attachment C.  Biosearch and Eurofins have

set forth evidence relevant to the claim terms and phrases that are in dispute in Attachment D.

The parties reserve the right to rely on evidence submitted by the other parties.

## II.     ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING (P.R. 4–3(c))

The parties believe that it would be appropriate to allocate two (2) hours per side, four (4)

hours in total, for the claim construction hearing, including reserved rebuttal time.

## III.     CLAIM CONSTRUCTION WITNESSES (P.R. 4–3(d))

The parties do not intend to call any live witnesses at the Claim Construction Hearing.

## IV.     CLAIM CONSTRUCTION PREHEARING CONFERENCE (P.R. 4–3(e))

The parties do not believe that a claim construction prehearing conference is currently

needed.  If issues requiring a prehearing conference should arise, the parties will inform the

Court and propose dates for a prehearing conference.

April 15, 2011                                        Respectfully submitted,

/s/ Daniel Johnson, Jr.                              /s/ David K. Wooten
Daniel Johnson, Jr. (admitted *pro hac vice*)        David K. Wooten (Texas Bar 24033477)
Ahren C. Hoffman (Texas Bar  24053269)               Leisa Talbert Peschel (Texas Bar 24060414)
MORGAN LEWIS & BOCKIUS LLP                           VINSON & ELKINS, LLP
One Market, Spear Street Tower                       1001 Fannin Street, Suite 2500
San Francisco, CA 94105                              Houston, TX  77002-6760
Tel:  (415) 442-1000                                 Tel:  (713) 758-2095
Fax:  (415) 442-1001                                 Fax:  (713) 615-5936
djjohnson@morganlewis.com                            dwooten@velaw.com
ahoffman@morganlewis.com                             lpeschel@velaw.com

Winstol D. Carter, Jr.(Texas Bar 03932950)
James L. Beebe (Texas Bar  24038708)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel:  (713) 890-5000
Fax: (713) 890-5001
wcarter@morganlewis.com
jbeebe@morganlewis.com

**Attorneys for Defendant Biosearch
Technologies, Inc. and Attorneys for
Defendant Eurofins MWG Operon Inc.**


/s/ Nicole T. LeBoeuf
Nicole T. LeBoeuf (Texas Bar 00791091)
SHACKELFORD MELTON & MCKINLEY
3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
Tel: (214) 780-1400
Fax: (214) 780-1401
nleboeuf@shacklaw.net

**Attorneys for Defendant Bio-Synthesis, Inc.**

Collin Maloney (Texas Bar 00794219)
Otis Carroll (Texas Bar 03895700)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
Fedserv@icklaw.com


William B. Dawson (Texas Bar 05606300)
GIBSON DUNN & CRUTCHER
2100 McKinney Ave
Suite 100
Dallas, TX  75201-6912
Tel:  (214) 698-3132
Fax:  (214) 571-2900
wdawson@gibsondunn.com


Tracey B. Davies (Texas Bar 24001858)
Stephen M. Hash (Texas Bar 24012800)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400
Fax:  (512) 542-8612
tdavies@velaw.com
shash@velaw.com


Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue, Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com


Kurtis MacFerrin (admitted pro hac vice)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 554-3410
Fax:  (650) 638-6677
kurtis.macferrin@lifetech.com

Cora Schmid (California Bar No. 237267)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 638-6245
Fax:  (650) 554-2885
cora.schmid@lifetech.com

***Attorneys for Plaintiffs Life Technologies
Corporation and Applied Biosystems, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 15th day of April, 2011.

*/s/ David K. Wooten*

US 831646

4