**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, )<br>and )<br>APPLIED BIOSYSTEMS, LLC, )<br>)<br>    *Plaintiffs,* )<br>)<br>v. )<br>)<br>BIOSEARCH TECHNOLOGIES, INC., )<br>BIO-SYNTHESIS, INC., and )<br>EUROFINS MWG OPERON INC., )<br>)<br>    *Defendants.* )<br>) | CIVIL ACTION NO. 2:09-cv-00283<br><br>DEMAND FOR JURY TRIAL |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to the parties' agreement to notify the Court regarding the production of electronically stored information (ESI) (*see* Dkt. No. 151), Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC and Defendants Biosearch Technologies, Inc., Bio-Synthesis, Inc., and Eurofins MWG Operon Inc. hereby notify the Court that the parties have agreed to exchange ESI resulting from searches with terms that are not subject to the dispute identified in the pending ESI Motion (Dkt. No. 144) on April 29, 2011.

The parties hereby jointly move the Court to extend the time for the parties to exchange privilege logs from May 6, 2011 to May 20, 2011. This extension will ensure that the parties are able to include any documents withheld from the ESI production in their respective privilege logs. No other deadlines will be affected by this extension. A proposed order is attached.

Dated:  April 27, 2011                                                          Respectfully submitted,

| | |
|---|---|
| */s/ Daniel Johnson, Jr.* | */s/ Leisa Talbert Peschel* |
| Winstol D. Carter, Jr.(Texas Bar 03932950) | David K. Wooten (Texas Bar 24033477) |
| James L. Beebe (Texas Bar  24038708) | Leisa Talbert Peschel (Texas Bar 24060414) |
| MORGAN, LEWIS & BOCKIUS LLP | VINSON & ELKINS, LLP |
| 1000 Louisiana Street, Suite 4000 | 1001 Fannin Street, Suite 2500 |
| Houston, Texas 77002 | Houston, TX  77002-6760 |
| Tel:  (713) 890-5000 | Tel:  (713) 758-2095 |
| Fax: (713) 890-5001 | Fax:  (713) 615-5936 |
| wcarter@morganlewis.com | dwooten@velaw.com |
| jbeebe@morganlewis.com | lpeschel@velaw.com |
| | |
| Daniel Johnson, Jr. (admitted *pro hac vice*) | Collin Maloney (Texas Bar 00794219) |
| Ahren C. Hoffman (Texas Bar  24053269) | Otis Carroll (Texas Bar 03895700) |
| MORGAN LEWIS & BOCKIUS LLP | IRELAND, CARROLL & KELLEY, PC |
| One Market, Spear Street Tower | 6101 S. Broadway, Suite 500 |
| San Francisco, CA 94105 | Tyler, TX  75703 |
| Tel:  (415) 442-1000 | Tel:  (903) 561-1600 |
| Fax:  (415) 442-1001 | Fax:  (903) 581-1071 |
| djjohnson@morganlewis.com | Fedserv@icklaw.com |
| ahoffman@morganlewis.com | |
| | William B. Dawson (Texas Bar 05606300) |
| ***Attorneys for Defendant Biosearch*** | GIBSON DUNN & CRUTCHER |
| ***Technologies, Inc. and Attorneys for*** | 2100 McKinney Ave |
| ***Defendant Eurofins MWG Operon Inc.*** | Suite 100 |
| | Dallas, TX  75201-6912 |
| */s/ Nicole T. LeBoeuf* | Tel:  (214) 698-3132 |
| Nicole T. LeBoeuf (Texas Bar 00791091) | Fax:  (214) 571-2900 |
| SHACKELFORD MELTON & MCKINLEY | wdawson@gibsondunn.com |
| 3333 Lee Parkway | |
| Tenth Floor | Tracey B. Davies (Texas Bar 24001858) |
| Dallas, Texas 75219 | Stephen M. Hash (Texas Bar 24012800) |
| Tel: (214) 780-1400 | VINSON & ELKINS, LLP |
| Fax: (214) 780-1401 | The Terrace 7 |
| nleboeuf@shacklaw.net | 2801 Via Fortuna, Suite 100 |
| | Austin, TX 78746-7568 |
| ***Attorneys for Defendant Bio-Synthesis, Inc.*** | Tel:  (512) 542-8400 |
| | Fax:  (512) 542-8612 |
| | tdavies@velaw.com |
| | shash@velaw.com |

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

Kurtis MacFerrin (admitted *pro hac vice*)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 554-3410
Fax:  (650) 638-6677
kurtis.macferrin@lifetech.com

Cora Schmid (California Bar No. 237267)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 638-6245
Fax:  (650) 554-2885
cora.schmid@lifetech.com

***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 27th day of April, 2011.

*/s/ Leisa Talbert Peschel*

US 855592