**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | ) ) | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME**

Before the Court is the parties' Joint Motion for Extension of Time. After considering the same and finding that good cause exists for granting the same, IT IS HEREBY ORDERED that the parties' Joint Motion for Extension of Time is granted. The parties must exchange privilege logs by May 20, 2011.

SIGNED this 28th day of April, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE