UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION | § | |
| AND APPLIED BIOSYSTEMS, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-283-TJW-CE |
| | § | |
| BIOSEARCH TECHNOLOGIES, INC., | § | |
| ET AL. | § | |

## ORDER

Pending before the court is defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s ("Defendants") motion for leave to file their supplemental brief in support of their objections to and motion to reconsider the court's September 30, 2010 order denying defendants motion to transfer venue (Dkt. No. 164). Plaintiffs do not oppose this motion (Dkt. No. 169). As such, the court GRANTS Defendants' motion for leave to supplement.

SIGNED this 9th day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE