## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | |
| *Plaintiffs,* | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., | |
| *Defendants.* | |

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time. After considering the same and finding that good cause exists for granting the same, IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion for Extension of Time is granted. Any response of Plaintiffs to Defendants' supplemental brief in support of Defendants' objections to and motion to reconsider the Court's September 30, 2010 order denying Defendants' motion to transfer venue must be filed by July 5, 2011.

SIGNED this 22nd day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE