# EXHIBIT B

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [5] : | | (11) International Publication Number: | **WO 90/03446** |
|---|---|---|---|
| C12Q 1/68 | A1 | (43) International Publication Date: | 5 April 1990 (05.04.90) |

(21) International Application Number: PCT/US89/04275

(22) International Filing Date: 29 September 1989 (29.09.89)

(30) Priority data:
251,696        30 September 1988 (30.09.88)  US

(71) Applicant: PUBLIC HEALTH RESEARCH INSTITUTE OF THE CITY OF NEW York, INC. [US/US]; 455 First Avenue, New York, NY 10016 (US).

(72) Inventors: LIZARDI, Paul, M. ; Privada Cerrito 99, Colonia Rancho Cortez, C.P. 62120, Cuernavaca, Mexico (MX). KRAMER, Fred, Russell ; 561 West 231st Street, New York, NY 10463 (US). TYAGI, Sanjay ; 3245 Corlear Avenue, New York, NY 10463 (US). GUERRA, Cesar, Eduardo ; 149 Willow Street, New York, NY 11201 (US). BUYOLI, Hilda, M., Lomeli ; Playa Ola Verde 260, Col. Marti, C.P. 08810, Mexico, D.F. (MX).

(74) Agent: JACOBS, Seth; Davis, Hoxie, Faithfull & Hapgood, 45 Rockefeller Plaza, New York, NY 10111 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), CH (European patent), DE (European patent), DK, FI, FR (European patent), GB (European patent), IT (European patent), JP, LU (European patent), NL (European patent), SE (European patent).

**Published**
*With international search report.*

(54) Title: NUCLEIC ACID PROBES CONTAINING IMPROVED MOLECULAR SWITCH, AND ASSAYS AND KITS INCORPORATING SAME



(57) Abstract

A probe for the detection of a nucleic acid target sequence containing a molecular switch comprising three essential elements: a probe sequence of 20-60 nucleotides surrounded by switch sequences of 10-40 nucleotides which are complementary to each other, wherein the state of the switch is useful for selectively generating a detectable signal if the probe is hybridized to a target; also, assays and kits utilizing such probes.

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|----|------------------------------|----|------------------------------|----|--------------------------|
| AT | Austria | ES | Spain | MG | Madagascar |
| AU | Australia | FI | Finland | ML | Mali |
| BB | Barbados | FR | France | MR | Mauritania |
| BE | Belgium | GA | Gabon | MW | Malawi |
| BF | Burkina Faso | GB | United Kingdom | NL | Netherlands |
| BG | Bulgaria | HU | Hungary | NO | Norway |
| BJ | Benin | IT | Italy | RO | Romania |
| BR | Brazil | JP | Japan | SD | Sudan |
| CA | Canada | KP | Democratic People's Republic | SE | Sweden |
| CF | Central African Republic | | of Korea | SN | Senegal |
| CG | Congo | KR | Republic of Korea | SU | Soviet Union |
| CH | Switzerland | LI | Liechtenstein | TD | Chad |
| CM | Cameroon | LK | Sri Lanka | TG | Togo |
| DE | Germany, Federal Republic of | LU | Luxembourg | US | United States of America |
| DK | Denmark | MC | Monaco | | |

-4-

## NUCLEIC ACID PROBES CONTAINING IMPROVED MOLECULAR SWITCH, AND ASSAYS AND KITS INCORPORATING SAME

This invention relates to the field of bioassays that involve nucleic acid hybridization probes. These bioassays are useful for the detection of specific genes, gene segments or RNA molecules. The
5      assays are useful clinically, for, e.g., tissue, blood and urine samples, as well as in food technology, agriculture, and biological research.

### Background of the Invention

The use of nucleic acid hybridization probes for bioassays is well known. One of the early papers in
10     the field directed to assays for DNA is Gillespie, D. and Spiegelman, S., A Quantitative Assay for DNA-RNA Hybrids with DNA Immobilized on a Membrane, J. Mol. Biol. 12:829-842 (1965). In general terms such an assay involves separating the nucleic acid polymer
15     chains in a sample, as by melting, fixing the separated DNA strands to a nitrocellulose membrane, and then introducing a probe sequence which is complementary to a unique sequence of the material being sought, the "target" material, and incubating
20     to hybridize probe segments to complementary target segments, if targets are present. Non-hybridized probes are removed by known washing techniques, and then the amount of probe remaining is determined by

-2-

one of a variety of techniques outlined below which
provides a measurement of the amount of targets in
the sample.

    A more recently developed form of bioassay that
5    uses nucleic acid hybridization probes involves a
second probe, often called a "capture probe."  Ranki,
M., Palva, A., Virtanen M., Laaksonen, M., and
Soderlund, H., Sandwich Hybridization as a Convenient
Method for the Detection of Nucleic Acids in Crude
10   Samples, Gene 21:77-85 (1983); Syvanen, A.-C.,
Laaksonen, M., and Soderlund, H., Fast Quantification
of Nucleic Acid Hybrids by Affinity-based Hybrid
Collection, Nucleic Acids Res. 14:5037-5048 (1986).
A capture probe contains a nucleic acid sequence
15   which is complementary to the target, preferably in a
region near the sequence to which the radioactively
labeled probe is complementary.  The capture probe is
provided with a means to bind it to a solid surface.
Thus, hybridization can be carried out in solution,
20   where it occurs rapidly, and the hybrids can then be
bound to a solid surface.  One example of such a
means is biotin.  Langer, P.R., Waldrop, A.A. and
Ward, D.C., Enzymatic Synthesis of Biotin-Labeled
Polynucleotides:  Novel Nucleic Acid Affinity Probes,
25   Proc. Natl. Acad. Sci. USA 78:6633-6637 (1981).
Through biotin the capture probe can be bound to
streptavidin covalently linked to solid beads.

    The present invention is directed to the methods
and means, including assays and pharmaceutical kits
30   containing requisite reagents and means, for detecting
in an in vitro or ex vitro setting the presence of
nucleic acid species.

    It is a goal in this art to detect various
nucleic acid sequences in a biological sample, in
35   which the said sequences, as so-called target

-3-

sequences, are present in small amounts relative to
its existence amongst a wide variety of other nucleic
acid species including RNA, DNA or both.  Thus, it is
desirable to detect the nucleic acid encoding
5   polypeptides that may be associated with pathological
diseases or conditions, such as, for example, RNA of
the human immunodeficiency virus.  In addition to the
detection of nucleic acids encoding the proteins of
such viral particles, it is desirable to detect other
10   nucleic acids characteristic of a pathological disease
or condition such as a defective gene, as in the case
of hemophilia.  It is also desirable to detect other
nucleic acids whose presence in the sample indicates
that the organism is able to resist the action of a
15   drug, such as an antibiotic.

Several approaches have been used for detecting
the probe.  One is to link a readily detectable
reporter group to the probe.  Examples of such
reporter groups are fluorescent organic molecules
20   and $^{32}$P-labeled phosphate groups.  These detection
techniques have a practical limit of sensitivity of
about a million targets per sample.

A second approach is to link a signal generating
system to the probe.  Examples are enzymes such as
25   peroxidase.  Probes are then incubated with a color-
forming substrate.  Leary, J.J., Brigati, D.J. and
Ward, D.C., Rapid and Sensitive Colorimetric Method
for Visualizing Biotin-Labeled DNA Probes Hybridized
to DNA or RNA Immobilized on Nitrocellulose:  Bio-
30   Blots, Proc. Natl. Acad. Sci. USA 80:4045-4049 (1983).
Such amplification reduces the minimum number of
target molecules which can be detected.  As a
practical matter, however, nonspecific binding of
probes has limited the improvement in sensitivity as
35   compared to radioactive tagging to roughly an order

-4-

of magnitude, i.e., to a minimum of roughly 100,000
target molecules.

    Yet another approach is to make many copies of
the target itself by _in vivo_ methods.  Hartley, J.L.,
5    Berninger, M., Jessee, J.A., Bloom, F.R. and Temple,
G.S., Bioassay for Specific DNA Sequences Using a
Non-Radioactive Probe, Gene 49:295-302 (1986). This
can also be done _in vitro_ using a technique called
"polymerase chain reaction" (PCR).  This technique
10    was reported in Saiki, R.K., Scharf, S., Faloona, F.,
Mullis, K.B., Horn, G.T., Erlich, H.A., and Arnheim,
N., Enzymatic Amplification of Beta-globin Genomic
Sequences and Restriction Site Analysis for Diagnosis
of Sickle Cell Anemia, Science 230:1350-1354 (1985);
15    Saiki, R.K., Gelfand, D.H. Stoffel, S., Scharf, S.J.,
Higuchi, R., Horn, G.T., Mullis, K.B., and Erlich, H.
A., Primer-directed Enzymatic Amplification of DNA
With a Thermostable DNA Polymerase, Science 239:487-
491 (1988); Erlich, H.A., Gelfand, D.H., and Saiki,
20    R.K., Specific DNA Amplification, Nature 331:461-462
(1988), and Mullis et al., European Patent Application
Publication Nos. 200362 and 201184 (see also U.S.
Patents 4,683,195 and 4,683,202).  In PCR, the probe
is complementary only to the beginning of a target
25    sequence but, through an enzymatic process, serves as
a primer for replication of an entire target.  Each
repetition of the process results in another doubling
of the number of target sequences until a large
number, say, a million copies, of the target are
30    generated.  At that point detectable probes, e.g.,
radioactively labeled probes, can be used to detect
the amplified number of targets.  The sensitivity of
this method of target amplification is generally
limited by the number of "false positive signals"
35    generated, that is, generated segments that are not

-5-

true copies of the target.  Nonetheless, this method
is quite sensitive.  The procedure requires at least
two nucleic acid probes and has three steps for a
single cycle.  This procedure is cumbersome and not
5       always reliable.

        Yet another method for amplification is to link
to the probe an RNA that is known to be copied in an
exponential fashion by an RNA-directed RNA polymerase.
An example of such a polymerase is bacteriophage Q-
10      beta replicase.  Haruna, I., and Spiegelman, S.,
Autocatalytic Synthesis of a Viral RNA _In Vitro_,
_Science_ 150:884-886 (1965).  Another example is brome
mosaic virus replicase.  March et al., POSITIVE STRAND
RNA VIRUSES Alan R. Liss, New York (1987).  In this
15      technique, the RNA serves as a template for the
exponential synthesis of RNA copies by a homologous
RNA-directed RNA polymerase.  The amount of RNA
synthesized is much greater than the amount present
initially.  This amplification technique is disclosed
20      in Chu, B.C.F., Kramer, F.R., and Orgel, L.E.,
Synthesis of an Amplifiable Reporter RNA for
Bioassays, _Nucleic Acids Res._ 14:5591-5603 (1986);
Lizardi, P.M., Guerra, C.E., Lomeli, H., Tussie-Luna,
I. and Kramer, F.R., Exponential Amplification of
25      Recombinant-RNA Hybridization Probes, _Bio/Technology_
6:1197-1203 (October 1988), which is incorporated
herein by reference and is attached hereto in
manuscript form [hereinafter referred to as "Lizardi
et al."]; published European Patent Application
30      266,399 (EP Application No. 87903131.8).  After non-
hybridized probes are removed by washing, the RNA
polymerase is used to make copies of the replicatable
RNA.  According to the disclosure of published
European Patent Application No. 266,399, replication
35      of the RNA may take place while the RNA is linked to

-6-

        the probe.  Alternatively, the replicatable RNA may
be separated from the remainder of the probe prior to
replication.  That application also discloses a
variety of chemical links by which a probe sequence
5     can be joined to a replicatable RNA.  In addition, it
discloses that the probe sequence may be part of a
replicatable RNA, as described in Miele, E.A., Mills,
D.R., and Kramer, F.R., Autocatalytic Replication of
a Recombinant RNA, J. Mol. Biol. 171:281-295 (1983).
10    That European application also discloses that such
recombinant RNAs must be able to hybridize
specifically with the target sequence as well as to
retain their ability to serve as a template for
exponential replication by an appropriate RNA-directed
15    RNA polymerase, as is demonstrated in the results
obtained by Lizardi et al., supra.

        Replication of RNA, as opposed to target
amplification using PCR, can be done in a single
step.  In that step one can synthesize as many as a
20    billion copies of the replicatable RNA that was joined
to the probe in as little as twenty minutes, which
theoretically could lead to detection of a single
target molecule.  However, in practice the sensitivity
of this type of probe replication is limited by the
25    persistence of nonspecifically bound probes.
Nonspecifically bound probes will lead to replication
just as will probes hybridized to targets.

        A major problem in the implementation of
bioassays that employ hybridization technology coupled
30    to signal amplification systems is the background
signal produced by nonspecifically bound probe
molecules.  These background signals introduce an
artificial limit on the sensitivity of bioassays.  In
conventional bioassays this problem is sometimes
35    alleviated by the utilization of elaborate washing

-7-

schemes that are designed to remove nonspecifically
bound probes.  These washing schemes inevitably add
to the complexity and cost of the assay.

5      As a means to reduce the background noise level
of assays employing probes linked to replicatable RNA
by covalently joined linking moieties, European Patent
Application No. 266,399 discloses what it refers to
as "smart probes," that is, probes whose linked RNA
is said not to serve as a template for replication
10     unless and until the probe has hybridized with a
target sequence.  In that application two embodiments
are disclosed for smart probes.

In a first embodiment in that application, the
smart probe comprises a probe portion consisting of
15     about 75-150 deoxynucleotides, made by <u>in vitro</u> or <u>in
vivo</u> methods known in the art.  The smart probe also
comprises a recombinant, replicatable RNA containing
an inserted heterologous sequence of about 10-30
nucleotides, made by, e.g., the method of Miele,
20     E.A., Mills, D.R., and Kramer, F.R., Autocatalytic
Replication of a Recombinant RNA.  <u>J. Mol. Biol.</u>
<u>171</u>:281-295 (1983).  Joining those two portions at
their 5' ends is a linking moiety of the formula
$-O(PO_2)NH(CH_2)_aSS(CH_2)_bNH(PO_2)O-$ , where a and b are
25     each 2 to 20.  Furthermore, the sequence at the 3'
end of the DNA portion of the smart probe is capable
of being (and very likely to be) hybridized to the
heterologous sequence of the RNA portion of the smart
probe.  The enzyme ribonuclease H is said to be
30     capable of cleaving the RNA portion of smart probes
which have not hybridized to targets, but not be
capable of cleaving the RNA portion of smart probes
which have hybridized to targets, because when the
probe sequence in the DNA portion of a smart probe is
35     bound to its target, it is said to be incapable of

-8-

also being hybridized to the heterologous sequence in
the RNA portion of the smart probe, thereby providing
a way to eliminate nonspecifically bound probes prior
to amplification.  Amplification via RNA replication
5      is said to optionally include the preliminary step of
cleaving the disulfide bond in the linking moiety.

In that embodiment, cleavage of probes not
hybridized to targets is said to be possible for
ribonuclease H, because the 3′ end of the DNA portion
10     of the smart probe (which contains the probe sequence)
is hybridized to the recombinant replicatable RNA
portion, presumably thereby providing a site wherein
ribonuclease H can cleave the RNA and render it
inoperative as a template for amplification by an
15     RNA-directed RNA polymerase.

In the other embodiment of a smart probe
disclosed in published European Patent Application
266,399, there is a probe portion, a linking moiety,
and a replicatable RNA portion, linked as described
20     above.  Here, however, the probe portion comprises
not only a probe segment of 50-150 nucleotides, but
also additional segments, called "clamp" segments, on
either side of it, that is, a 5′-clamp segment and a
3′-clamp segment, each of about 30-60 nucleotides.
25     Each clamp segment is said to hybridize with a segment
of the replicatable RNA portion, rendering the RNA
inactive as a template for replication, unless and
until the probe is hybridized with a target.  That
hybridization causes the clamps to release, thereby
30     rendering the RNA replicatable, either directly or
after optional cleavage of the disulfide bond.

The smart probes disclosed in published European
Patent Application No. 266,399 comprise a somewhat
complicated linking moiety containing a weakly
35     covalent and rather easily dissociable disulfide

-9-

linkage.  Disulfide bonds readily dissociate under
reducing conditions.  The two versions of smart probes
disclosed in that application rely on distant
intramolecular interactions to render the probe smart.
5       This is a disadvantage which makes such probes
difficult to design, particularly since distant
interactions are not well understood.  The second
version, reported above, has a further complication
that it utilizes two distant clamps which must
10      displace a set of relatively strong neighboring
compliments.  And, the design depends on both distant
clamps hybridizing or none,·which makes design very
difficult.

An object of the present invention is a simple
15      molecular allosteric switch that renders a nucleic
acid hybridization probe smart, that is, capable, in
an appropriate assay, of generating a signal only if
the probe is hybridized to a target sequence.

It is a further object of this invention to
20      couple the activity of a signal generating system to
the state of such a switch.

It is yet another object of this invention to
develop probes containing such an allosteric switch
that are linked to any of a number of different signal
25      generating systems whose activity is dependent on the
state of the switch.

It is another object of this invention to develop
assays of improved sensitivity that utilize the above
constructs, as well as kits for performing such
30      assays.


<u>Summary of the Invention</u>


The present invention is predicated on a simple
molecular allosteric switch that works on the

-10-

principle that when a nucleic acid double helix is
formed between a relatively short probe sequence and
a target sequence, the ends of the double helix are
necessarily located at a distance from each other due
5      to the rigidity of the double helix.  That rigidity
is discussed in detail in Shore, D., Langowski, J.
and Baldwin, R.L., DNA Flexibility Studied by Covalent
Closure of Short Fragments into Circles, Proc. Natl.
Sci. USA 78:4833-4837 (1981); and Ulanovsky, L.,
10     Bodner, M., Trifonov, E.N., and Choder, M., Curved
DNA: Design, Synthesis, and Circularization, Proc.
Natl. Acad. Sci. USA 83:862-866 (1986).
      This invention involves the use of a nucleic acid
hybridization probe comprising at least the following
15     essentials: a probe sequence of approximately 15-115
nucleotides in length surrounded on both sides by
complementary nucleic acid sequences which are
considerably shorter than the probe sequence,
preferably not greatly in excess of one-half the
20     length of the probe sequence.  This combination of
three sequences forms a simple molecular allosteric
switch.  When not hybridized to a target sequence,
the switch sequences are hybridized to each other,
which we refer to as a closed switch.  When the probe
25     sequence hybridizes to a predetermined complementary
target sequence for which the probe is designed, the
strong interaction between the probe and target
sequences to form a rigid double helix necessarily
results in the dissociation of the switch sequences,
30     which we refer to as an open switch.  In the open
configuration, the switch sequences are unable to
interact with each other.
      The invention comprises probe molecules
containing the above switch wherein one of the switch
35     sequences, or both switch sequences in combination,

-11-

comprise a biologically functional nucleic acid moiety
useful for selectively generating a detectable signal
indicative of the hybridization of the probe with its
predetermined target sequence.

5            The invention further comprises bioassay methods
which take advantage of the allosteric change in the
switch sequences in the above probe molecules to
generate a detectable signal indicative of the
hybridization of the probe with its predetermined
10      target sequence.  The assay may be qualitative (a
qualitative demonstration) or quantitative (a
quantitative determination).  It may include
amplification, which may be linear or exponential in
nature.
15            The invention also includes kits of reagents and
macromolecules for carrying out the above bioassays.


                  Brief Description of the Drawings


           Figure 1 is a schematic representation of a
closed switch according to the invention.
20            Figure 2 is a schematic representation of the
switch of Figure 1, but in an open state.
           Figure 3 is a schematic representation of the
probe of Example I, containing a switch in an open
state.
25            Figure 4 is a schematic representation of the
probe of Example II, containing a switch in an closed
state.
           Figure 5 is a schematic representation of the
probe of Example II, containing a switch in an open
30      state.
           Figure 6 is a schematic representation of the
probe of Example III, containing a switch in an closed
state.

-12-

Figure 7 is a schematic representation of the
probe of Example III, containing a switch in an open
state.

Figure 8 is a schematic representation of the
5      probe of Example IV, containing a switch in an closed
state.

Figure 9 is a schematic representation of the
probe of Example IV, containing a switch in an open
state and additionally showing a ribozyme.

10      Figure 10 is a detailed schematic showing the
nucleotide sequences of the ribozyme shown in
Figure 9.

Figure 11 is a schematic representation of the
probe of Example IV, containing a switch in an open
15     state and additionally showing an additional strand.

Figure 12 is a schematic representation of the
probe of Example V, containing a switch in an closed
state.

Figure 13 is a schematic representation of the
20     probe of Example V, containing a switch in an open
state.

Detailed Description of the Invention

Shown in Figure 1 is a probe, or probe portion,
comprising the three essential ingredients of a probe
25     according to this invention, namely, a probe sequence
and complementary switch sequences on both sides of
the probe.  As depicted in Figure 1, the switch is
closed.  Figure 2 is the same probe or probe portion
in its open state.

30      Referring to Figure 1, probe sequence 1 is a
nucleic acid probe sequence extending from its 5'
side 2 to its 3' side 3.  Immediately adjacent to the
5' side of the probe sequence is a nucleic acid first

-13-

switch sequence 4.  Immediately adjacent to the 3'
side of the probe sequence is a nucleic acid second
switch sequence 5.  Switch sequences 4 and 5 are
complementary and hybridize to each other via hydrogen
5      bonds 7, forming the stem 6 of a "hairpin" secondary
structure.  Referring to Figure 2, probe sequence 1
is hybridized via hydrogen bonds 9 to its
predetermined target sequence 8.  Switch sequences 4
and 5 are apart and not interacting with one another.

10          The probe may be RNA or DNA.  The probe sequence
1 must be of sufficient length to ensure a very
specific interaction with its predetermined target
sequence 8.  It should be at least about 15
nucleotides in length, although we prefer that it be
15     at least about 20 nucleotides in length.

The probe sequence 1 should be short enough to
ensure that the sides 2, 3 of probe sequence 1, when
hybridized to the target sequence 8 (Fig. 2) are
physically prevented by the rigidity of the hybridized
20     region between sides 2 and 3 from approaching each
other within a distance that would permit switch
sequences 4, 5 from interacting with each other.  In
other words, when the probe sequence is hybridized,
the switch sequences necessarily are not hybridized
25     to each other.  An additional force helps to drive the
transition to an open state, namely, torsional forces
tending to unwind stem 6 when the hybridized region
shown in Figure 2 forms a double helix.  In practice,
the probe sequence is no longer than about 100
30     nucleotides.  We prefer that the probe sequence be 20-
60 nucleotides in length, and most preferably, about
30 nucleotides in length.

The switch sequences are related to the length of
the probe sequence.  Most preferably, we prefer that
35     the length of the switch sequences be no more than

-14-

half the length of the probe sequence.  The switch
sequences should be at least about 10 nucleotides in
length to permit formation of a stable stem 6.
Turner, D.H., Sugimoto, N., Jaeger, J.A., Longfellow,
5       C.E., Freier, S.M. and Kierzek, R., Improved
Parameters for Prediction of RNA Structure, Cold
Spring Harbor Symp. Quant. Biol. 52:123-133 (1987).
The length of switch sequences for certain embodiments
described below must also be sufficiently long to
10      contain necessary functional sequences.  We prefer
switch sequences of about 10-30 nucleotides.

In designing a probe according to the invention,
attention should be paid to the relative strengths of
the open switch hybrid (Fig. 2) as compared to the
15      closed switch hybrid (Fig. 1) under the assay
conditions to be used: the former should be greater.
There are assay conditions, however, in which the
strengths of hybrids is only length-dependent.  Wood,
W.I., Gitschier, J., Lasky, L.A., and Lawn, R.M.,
20      Base Composition-independent Hybridization in
Tetramethylammonium Chloride: A Method for
Oligonucleotide Screening of Highly Complex Gene
Libraries, Proc. Natl. Acad. Sci. USA 82:1585-1588
(1985).

25      Switch design can be readily tested by digesting
probes or probe portions (Figs. 1, 2) with appropriate
nucleases before and after hybridization to model
nucleic acids containing target sequences and then
analyzing the digestion products by polyacrylamide
30      gel electrophoresis.  This will be apparent to those
skilled in the art and will not be described further.

To help drive the transition from closed to open,
one may take advantage of the principle of strand
displacement to provide an additional force.
35      Green, C., and Tibbetts, C., Reassociation Rate

-15-

Limited Displacement of DNA Strands by Branch
Migration, Nucleic Acids Res. 9:1905-1918 (1981).
This may be accomplished by overlapping a switch
sequence with a probe sequence, which means that at
5       least one nucleotide of the switch sequence is also a
nucleotide of the probe sequence.

        While the switch sequences must be adjacent to
the probe sequence, they need not be immediately
adjacent to it.  A few nucleotides may separate the
10      switch sequences from the probe sequences, but not so
many that the functioning of the switch is materially
affected, as those skilled in the art will readily
appreciate.

        Probe molecules of this invention, containing the
15      switch described above, can be of diverse design and
still take advantage of the allosteric change that
accompanies probe sequence hybridization (Fig. 2) in
signal generation.

        For example, a switch sequence may, by virtue of
20      the conformation it assumes in the open state, enable
an interaction with another macromolecule, or even a
different portion of the same molecule, which is
required for the generation of a detectable signal.
In Example I below, the second switch sequence, in
25      the open state, is able to hybridize with a
complementary nucleic acid strand.  In Example III,
the first switch sequence, in the open state, forms a
hairpin structure that enables it to bind specifically
to a viral protein.  In Example IV, the second switch
30      sequence, in the open state, is able to interact with
an oligoribonucleotide or with an oligodeoxyribo-
nucleotide.  In Example V, the first switch sequence,
in the open state, assumes a structured conformation
that enables it to interact with a relatively distant
35      region of the same probe molecule.

-16-

It is also possible to do the reverse.  In
Example II, the switch sequences can bind to a
specific enzyme only when they are in the closed
state.

5        Signal generation using probe molecules and
methods of this invention may vary widely.  The state
of the simple allosteric switch governs signal
generation, which means that there is no signal
generated unless the probe sequence hybridizes with
10    its target sequence.  We prefer signal generating
systems that involve amplification, particularly
exponential amplification, to increase sensitivity.

The Examples which follow illustrate a few of the
myriad variations involving amplification.  They all
15    utilize the exponential replication of a replicatable
RNA by an RNA-directed RNA polymerase to generate a
readily detectable signal.  The Examples utilize MDV-
1 RNA, which is described in Kacian, D.L., Mills,
D.R., Kramer, F.R., and Spiegelman, S., A Replicating
20    RNA Molecule Suitable for a Detailed Analysis of
Extracellular Evolution and Replication, Proc. Nat.
Acad. Sci. USA 69:3038-3042 (1972).  The Examples
also use Q-beta replicase, which is the specific
polymerase for replicating MDV-1 RNA.  Q-beta
25    replicase is described in Haruna, I. and Spiegelman,
S., Specific Template Requirements of RNA Replicases,
Proc. Nat. Acad. Sci. USA 54:579-587 (1965).  Any
replicatable RNA and its homologous replicase could,
of course, be used.  Other useful signal generating
30    systems could employ enzymes, enzyme cofactors,
ribozymes, DNA and RNA sequences required for
biological activity (e.g., promoters, primers, or
linkers required for the ligation of plasmids used to
transform bacteria).  Detectable signals are diverse
35    and include, for example, radiation, light absorption,

-17-

fluorescence, mass increase, and the presence of
biologically active compounds.

Assay techniques which can be used to detect
hybridized probes of this invention are also diverse.
5      In the following Examples, synthesis of a replicatable
RNA is used to signal that hybridization of the probe
sequence has occurred.  The signal generating systems
illustrated in the Examples fall into three broad
classes: in Examples II-III, the switch is
10     incorporated within a replicatable RNA; in Examples
IV-V, a replicatable RNA sequence is joined with a
probe portion but can only be replicated after
cleavage, which is dependent upon the presence of an
open switch; and in Example I, the transcription of a
15     replicatable RNA from a template added after
hybridization, can only occur when an open switch
sequence forms a part of a functional promoter of
transcription.

Each of the specific embodiments set forth in the
20     accompanying Examples satisfies the objective of
generating a signal only if the probe is hybridized
to a target sequence.  Either the biological activity
of the signal generating systems illustrated depends
strictly on the state of the switch, or the state of
25     the switch provides a means for rendering nonspec-
ifically bound probes unable to generate signals, or
the state of the switch provides a means for
separating hybridized probes from nonspecifically
bound probes.  Thus, each of the specific embodiments
30     markedly reduces the background caused by nonspec-
ifically bound probes, thereby significantly
improving the sensitivity of the assays, including
assays which include amplification.

-18-

Example I

        In this example, the probe is a single DNA strand
    designed to contain three sequences: a probe sequence
    approximately 34 nucleotides in length; a first switch
5   sequence of about 17 nucleotides immediately adjacent
    to the 5' side of the probe sequence; and a second
    switch sequence of about 17 nucleotides immediately
    adjacent to the 3' side of the probe sequence.  The
    switch sequences are designed to be complementary to
10  one another.  When hybridized to each other, the
    hybridized switch sequences comprise a promoter for
    the DNA-directed RNA polymerase, bacteriophage T7 RNA
    polymerase.  In this application, we refer to the
    first switch sequence as a "promoter sequence" and the
15  second switch sequence as a "promoter-complement"
    sequence.  In this example, the switch sequences
    comprise the ends of the probe molecule.  The design
    of promoter and promoter-complement sequences is
    according to Osterman, H.L. and Coleman, J.E., "T7
20  Ribonucleic Acid Polymerase-Promoter Interactions,"
    Biochemistry 20:4885-4892 (1981).  The particular
    promoter-complement sequence we have chosen to work
    with is TAATACGACTCACTATA.
        The probe molecule, including a probe sequence
25  complementary to a predetermined target sequence, can
    be made by chemical synthesis of oligodeoxyribo-
    nucleotides using methods well known in the art,
    e.g., Gait, M.J., OLIGONUCLEOTIDE SYNTHESIS, IRL
    Press, Oxford, United Kingdom (1984).
30      The probe of this example can be used to detect
    a DNA or RNA target sequence which is complementary to
    the probe sequence.  The target sequence may be in a
    sample containing other, unrelated nucleic acids and
    other materials, for example, proteins.  The probe

-19-

may be used to detect a gene segment of an infectious
agent (virus, bacterium, protozoan, etc.) in a
clinical sample of, for example, human blood or urine.

   The target sequence must be exposed to the probe.
5  This is done by techniques well known to the art.
Commonly, but not necessarily, nucleic acid is
isolated from a sample before the probe is added.

   The probe and the sample, which may contain
nucleic acid target sequences, are next incubated
10 under conditions, including time and temperature,
appropriate to cause hybridization of probe sequences
with target sequences.  Appropriate conditions are
well known in the art.  For quantitative determination
of the number of target sequences present, an amount
15 of probe in excess, preferably in substantial excess,
of the highest anticipated target amount should be
used.  If only a qualitative demonstration of the
presence of target sequences is desired, a lesser
amount of probe can be used.

20    Probes hybridized to targets are separated from
unbound probes by methods well known to the art, for
example, through the use of capture probes.

   After separation, the treated sample will contain
probes hybridized to targets (Fig. 2) and also
25 nonspecifically bound probes.  The two are not in the
same form, however.  In the hybridized probes the
allosteric switches are open; that is, the switch
sequences are not hybridized to each other.  In the
nonspecifically bound probes, however, the switch
30 sequences remain hybridized to each other.

   Detecting those probes with open switches will
now be described.  This example includes amplification
prior to detection.

   Referring to Figure 3, the sample is incubated
35 with a single-stranded DNA molecule 10 comprising a

promoter sequence 11 and a template sequence 12 for
the transcription of a replicatable RNA.  The promoter
sequence 11 allows hybridization via hydrogen bonds
13, under conditions known to the art, to the
5      promoter-complement of the second switch sequence 5
of probes having open switches.  Specifically, this
DNA molecule consists of the 17 deoxyribonucleotides
of the promoter sequence (complementary to the
promoter-complement set forth above) followed by the
10     244 deoxyribonucleotides complementary to MDV-poly
(+) RNA described in Lizardi et al., supra.  This DNA
molecule can be prepared by isolating one of the
complementary strands of a suitable restriction
fragment of a plasmid containing that sequence by
15     methods known in the art.  Maniatis, T., Fritsch,
E.F., and Sanbrook, J., MOLECULAR CLONING:  A
LABORATORY MANUAL Cold Spring Harbor Laboratory, Cold
Spring Harbor, New York (1982).  The suitable plasmid
that we constructed contained (1) a unique
20     restriction site (that is, one contained nowhere else
in the plasmid) upstream from and close to the
promoter, and (2) and Sma I restriction site at the
end of the MDV-poly cDNA sequence distal to the
promoter.
25         Subsequently, the sample is incubated with
commercially available cloned bacteriophage T7 RNA
polymerase in order to synthesize about 50-200, or
more, MDV-poly RNA transcripts for each open switch,
using conditions known to the art.  Milligan, J.F.,
30     Duncan, R.G., Witherell, G.W. and Uhlenbeck, O.C.,
Oligoribonucleotide Synthesis Using T7 RNA Polymerase
and Synthetic DNA Templates, Nucleic Acids Research
15:8783-8798 (1987).
           Then, Q-beta replicase, an RNA-directed RNA
35     polymerase, is added and incubated with the MDV-poly

-21-

RNA transcripts, which are templates for that
polymerase.  We prepared Q-beta replicase by the
method of Eoyang, L., and August, J.T., Q-beta RNA
polymerase from phage Q-beta-infected <u>E</u>. <u>coli</u>, pp.

5       829-839.  <u>In: Procedures in Nucleic Acid Research</u>,
Volume 2.  (Cantoni, G.L., and Davis, D.R., eds.).
Harper and Row, New York (1971).  Incubation is
carried out under conditions suitable for exponential
amplification of the transcripts.  Kramer, F.R.,

10      Mills, D.R., Cole, P.E., Nishihara, T., and
Spiegelman, S., Evolution <u>in</u> <u>vitro</u>:  Sequence and
Phenotype of a Mutant RNA Resistant to Ethidium
Bromide.  <u>J. Mol. Biol</u>. <u>89</u>:719-736 (1974).

Detection of the exponentially amplified RNA can

15      be done by any of a variety of physical and chemical
means, as described earlier in this application.  For
a quantitative determination, the amount of RNA
detected after a fixed time of incubation with the
RNA-directed RNA polymerase is a measure of the number

20      of target sequence present in the sample.


<u>Example II</u>


Referring to Figure 4, in this example, the probe
is a replicatable recombinant RNA 14.  Miele, E.A.,
Mills, D.R., and Kramer, F.R., Autocatalytic

25      Replication of a Recombinant RNA, <u>J. Mol. Biol</u>.
<u>171</u>:281-295 (1983).  ~~It may be prepared according to~~
the method of Lizardi et al., <u>supra</u>.  For purposes of
preparing a probe according to this example, the
heterologous sequence 15 contained within the

30      replicatable recombinant RNA is designed to contain
three sequences: a probe sequence 16 approximately 46
nucleotides in length; a first switch sequence 17 of
about 23 nucleotides immediately adjacent to the 5'

-22-

side of the probe sequence; and a second switch
sequence 18 of about 23 nucleotides immediately
adjacent to the 3' side of the probe sequence.  The
switch sequences are designed to form a double-
5      stranded recognition site for Escherichia coli
ribonuclease III when hybridized to each other.  This
recognition site will not be present when the switch
sequences are not hybridized to each other.  The
particular recognition site we use is shown in Figure
10     4 and is described by Rosenberg, M. and Kramer, R.A.,
Nucleotide Sequence Surrounding a Ribonuclease III
Processing Site in Bacteriophage T7 RNA, Proc. Natl.
Acad. Sci. USA 74:984-988 (1977).  It can be made by
transcription from a recombinant plasmid utilizing
15     techniques described in Lizardi et al., supra.
       Exposure of the target sequence, hybridization of
the probe with the target sequence, and separation
from unbound probes, are as described in Example I.
As shown in Figure 5, probe sequence 16 of a
20     hybridized probe 14 is hybridized to target sequence
8, thereby forcing apart switch sequences 17, 18.
       The sample is then incubated with E. coli
ribonuclease III under appropriate conditions known
to the art to cleave all the nonspecifically bound
25     probes (and any unbound probes which may remain),
rendering them unable to serve as templates for
exponential replication by Q-beta replicase.
Nishihara, T., Mills, D.R., and Kramer, F.R.,
Localization of the Q-beta Replicase Recognition Site
30     in MDV-1 RNA, J. Biochem. 93:669-674 (1983).  The
ribonuclease III is then removed from the sample by
methods, e.g., phenol extraction, well known in the
art.
       We release the probe from the target sequence by
35     a brief heating step, Lizardi et al. supra, although

-23-

preliminary experiments have indicated that this step
may be optional.

Exponential replication of the probe by Q-beta
replicase and detection proceed as described in
5   Example I.


Example III


In this example the probe 19 (Fig. 6) is a
replicatable recombinant RNA as in Example II, except
that the probe sequence 20 is about 38 nucleotides in
10   length and that the complementary switch sequences
21, 22, of about 19 nucleotides, are designed such
that when they are hybridized to one another they do
not form a binding site for the coat protein of
bacteriophage R17, but when not so hybridized, as
15   shown in Figure 7, the first switch sequence 21
organizes so as to comprise a secondary structure
which is a strong binding site for that coat protein.
Carey, J., Cameron, V., de Haseth, P.L. and Uhlenbeck,
O.C., Sequence-Specific Interaction of R17 Coat
20   Protein With Its Ribonucleic Acid Binding Site,
Biochemistry 22:2601-2610 (1983).

Exposure of the target sequence, hybridization of
the probe with the target sequence, and separation
from unbound probes are as described in Example I.

25   The bacteriophage R17 coat protein is covalently
linked to a solid support, such as, for example,
Sephadex or Sepharoic beads, magnetic beads, or
microtiter plates, by methods well known in the art.
An example of such a method of linkage is described in
30   Alagon, A.J., and King, T.P., Activation of
Polysaccharides with 2-Iminothiolane and Its Uses,
Biochemistry 19:4331-4345 (1980).  The washed sample,
containing probes bound to target sequences and

-24-

nonspecifically bound probes, is added to the
insolubilized R17 coat protein.   Nonspecifically
bound probes are removed by washing.

5       We release the probe from both the R17 coat
protein and the target sequence by a brief heating
step, and remove the solid support.

Exponential replication of the probe by Q-beta
replicase and detection proceed as described in
Example I.

10                          Example IV

In this example, the probe 23 (Fig. 8) is a
single strand of RNA designed to contain four
functionally distinct sequences: a probe sequence 24
approximately 34 nucleotides in length; a first switch
15      sequence 25 of about 17 nucleotides immediately
adjacent to the 5' side of the probe sequence; a
second switch sequence 26 complementary to, and of
the same length as, the first and located immediately
adjacent to the 3' side of the probe sequence; and a
20      replicatable RNA sequence 27 extending from the 3'
side of the second switch sequence, wherein at least
five nucleotides of said replicatable RNA sequence
are also nucleotides of the 3' side of the second
switch sequence; that is, the replicatable RNA
25      sequence can be considered to overlap the second
switch sequence.

Exposure of the target sequence, hybridization of
probes to target sequences and separation of unbound
probes are performed under appropriate conditions
30      known to the art, as in Example I.   As shown in Figure
9, probe sequence 24 is hybridized to target sequence
8, and switch sequences 25, 26 are forced apart,
thereby freeing replicatable RNA sequence 27.   The

-25-

replicatable RNA sequences of bound probes are, at
this point, not subject to exponential replication by
RNA polymerase even though the switches are open.
The replicatable RNA sequences 27 must be cleaved at
5   their 5' sides to render them subject to exponential
replication.  Nishihara, T., Mills, D.R., and Kramer,
F.R., Localization of the Q-beta Replicase Recognition
Site in MDV-1 RNA, J. Biochem. 93:669-674 (1983).
    There are two means, at least, to cleave the
10  replicatable RNA sequences.  One is ribozyme cleavage.
Another is cleavage by ribonuclease H.  We prefer the
former, which will be described first.

A.   Ribozyme Cleavage

    Ribozymes are structured RNA molecules that are
15  capable of catalyzing a chemical reaction, such as
particularly the cleavage of a phosphodiester bond.
It is well known in the art that a ribozyme can be
constructed by the interaction of two separate
oligribonucleotides, one of which is cleaved at a
20  particular phosphodiester bond when incubated under
known, appropriate conditions.  Uhlenbeck, O.C., A
Small Catalytic Oligoribonucleotide, Nature 328:590-
600 (1987); Haseloff, J. and Gerlach, W.L., Simple
RNA Enzymes with New and Highly Specific
25  Endoribonuclease Activities, Nature 334:585-591
(1988).
    The requirements for the two segments of an
active ribozyme are outlined in the two references
cited above.  For purposes of this invention, the
30  second switch sequence of our probe is designed to
satisfy the requirements of the sequence that is
cleaved.  The replicatable RNA sequence with which we
have chosen to proceed is MDV-poly (+) RNA according

-26-

to Lizardi et al. _supra_.  Our preferred design is
shown in Figure 8.  As shown there, the second switch
sequence is 17 nucleotides in length, and 11
nucleotides of the 5' side of the MDV-poly (+) RNA
5    are also nucleotides of the 3' side of the second
switch sequence.  The second switch sequence includes
the required GUC sequence needed for cleavage of the
phosphodister bond on the 3' side of the GUC
sequence, that is, on the 5' side of the replicatable
10   RNA sequence.  In designing the second switch
sequence, care is taken to ensure that the subsequent
hybridization to form the ribozyme will be more likely
to occur than the interaction that can occur between
the sides of the replicatable RNA sequence.
15       The probe can be made by transcription from a
suitable recombinant plasmid.  Such a plasmid is
designed utilizing methods known to the art with the
criteria of Lizardi et al., _supra_.  It is constructed
by methods well known to the art.  Maniatis, T.,
20   Fritsch, E.F., and Sambrook, J., MOLECULAR CLONING:
A LABORATORY MANUAL, Cold Spring Harbor Laboratory,
Cold Spring Harbor, New York (1982).
         The non-cleaved strand 28, which is capable of
forming the required ribozyme, is also shown in Figure
25   9.  It is made by methods well known to the art.
Milligan, J.F., Duncan, R.G., Witherell, G.W. and
Uhlenbeck, O.C., Oligoribonucleotide Synthesis Using
T7 RNA Polymerase and Synthetic DNA Templates, Nucleic
Acids Research 15:8783-8798 (1987).  Figure 10 shows
30   the nucleotide sequences of the ribozyme formed by
switch sequence 26 and strand 28 of Figure 9.
         Following separation of unbound probes, which we
prefer, the non-cleaved strand 28 described above is
incubated with the sample under conditions, known to
35   the art, that will promote hybridization of that

-27-

strand with the second switch sequence in probes
hybridized to target sequences to form the desired
ribozyme.  Incubation under known conditions referred
to above cleaves the replicatable RNA from those
5    probes and permits replicatable RNA to serve as a
template for exponential replication by Q-beta
replicase.  Referring to Figure 10, cleavage occurs
in strand 26 between the sixth and seventh nucleotides
from the left as shown in the figure.  Exponential
10   replication and detection proceed as described in
Example I.

B.    Ribonuclease H Cleavage

The probe for this embodiment may be identical to
the probe shown in Figure 8 and described above.  In
15   this embodiment we use commercially available E. coli
ribonuclease H, which cleaves an RNA strand when it
is hybridized to a short DNA oligonucleotide within
the hybridized region.  Donis-Keller, H., Site
Specific Enzymatic Cleavage of RNA, Nucleic Acids
20   Res. 7:179-192 (1979).
To take advantage of this, we synthesize a short
DNA oligonucleotide 29 (Fig. 11) of about 12
nucleotides that will hybridize to the second switch
sequence on both sides of the GUC sequence.
25   Following separation of unbound probes, which we
prefer, the short DNA oligonucleotide 29 is incubated
with the sample under well known conditions that will
promote its hybridization (Fig. 11) to the second
switch sequence.  Then the ribonuclease H is added to
30   catalyze cleavage during an incubation under known
conditions.  (Donis-Keller, supra).  Exponential
replication by Q-beta replicase and detection proceed
as described in Example I.

-28-

## Example V

This example resembles Example IV-A except that
the ribozyme sequences are both part of the probe.
The probe 30 (Fig. 12) is a single-stranded RNA,
5     prepared as described in Example IV but designed to
contain five sequences: a probe sequence 31
approximately 34 nucleotides in length; a first switch
sequence 32 of about 17 nucleotides having the
sequence of the non-cleaved strand 28 shown in Figure
10    9; a second switch sequence 33 of about 17 nucleotides
complementary to the first sequence, as in Example
I; a spacer sequence 34 of approximately 45
nucleotides extending from the 3' side of the second
switch sequence, and a replicatable RNA moiety 35.
15    The six nucleotides at the 3' side of the spacer
sequence are identical to the six nucleotides at the
5' side of the second switch sequence shown in Figure
9.   Thus, the region in which the spacer sequence is
joined to the replicatable RNA sequence comprises the
20    cleavable strand of a ribozyme, just as does the
second switch sequence 26 in Example IV-A.   In the
unbound probe, the first switch sequence 32 is
hybridized to the second switch sequence 33.  · In
probes hybridized to target sequences, where the
25    switch is open, however, the first switch sequence 32
is available to hybridize with the region in which the
3' side of the spacer sequence 34 is joined to the 5'
side of the replicatable RNA sequence 35, thereby
forming a ribozyme.   The spacer 34 is designed to be
30    long enough to permit that hybridization.
Exposure of the target sequence, hybridizing of
probes to target sequences, and separation of unbound
probes, which we prefer, is as described in Example I.

-29-

Upon hybridization of a probe to a target sequence
(Fig. 13), the switch sequences 32, 33 are not
hybridized to each other and the ribozyme 36 is
formed.

5      Release of the replicatable RNA, exponential
replication and detection proceed as in Example IV-A.

As stated above the assays of this invention may
be qualitative or quantitative.  As one skilled in
the art will readily appreciate, for a qualitative
10     demonstration of a predetermined target sequence by
the methods described above, biological and chemical
reagents used in the assays must be used in readily
determinable quantities sufficient to generate a
reproducible, detectable signal in a sensitive assay.

15     For a quantitative determination, the amount of
probe added should be substantially in excess of the
highest amount of target sequence expected and
incubation should be carried out under conditions
such that virtually all target sequences hybridize
20     with probes.  By "virtually all" we mean a very high
percentage sufficient to impart reproducibility to
the assay.  In subsequent steps through signal
detection, each step should be similarly
quantitative.  For example, destruction of unbound
25     probes should destroy virtually all of the unbound
probes for reproducibility and also to eliminate
background noise.  Transcription and replication
steps should utilize sufficient reagents to be
quantitative and should be carried out for set times
30     for the sake of reproducibility.

Often, both qualitative and quantitative assays
will include parallel assays of at least a negative
control, that is, one not containing target sequence,
and at times will also include a series of samples

-30-

containing known amounts of target sequence, such as
a geometrically increasing series.

The present invention is also directed to assay
kits useful for the qualitative detection or
5      quantitative determination of at least one specific,
predetermined nucleic acid target sequence using
probe molecules of this invention.  Assay kits will
include quantities of one or more probes which
comprise at least the three essential sequences
10     described above and at least one additional
biologically active molecule, for example, a DNA
strand, a ribozyme former, an RNA strand or an enzyme,
useful for generating a signal indicative of switch
opening.  Kits may also include additional reagents
15     such wash solutions, insolubilizing reagents and
materials, amplification reagents and detection
reagents.  Amplification reagents may include enzymes
and nucleotides.  Detection reagents may include
labeled nucleotides and color-forming substrates.
20     Kits designed for research may include plasmids which
will enable a researcher to prepare probes according
to this invention containing any desired probe
sequence.

-31-

WE CLAIM:

       1.    A probe for the detection of a predetermined nucleic acid target sequence comprising

       a.    a probe sequence of from about 20 to about
5            60 nucleotides, having a 5' side and a 3' side, which probe sequence is complementary to said target sequence,

       b.    a first switch sequence of from about 10 to about 40 nucleotides at the 5' side of the
10         probe sequence,

       c.  — a second switch sequence of from about 10 to about 40 nucleotides at the 3' side of the probe sequence, said second switch sequence being complementary to said first
15         switch sequence,

wherein, when the probe sequence is not hybridized with said target sequence, the first switch sequence is hybridized to the second switch sequence but, when the probe sequence is hybridized with said target
20    sequence, thereby forming a double helix, the rigidity of said double helix prevents the first switch sequence from hybridizing to the second switch sequence, and wherein said first switch sequence, said second switch sequence, or said first and second
25    switch sequences in combination, comprise a biologically functional nucleic acid moiety useful for selectively generating a detectable signal if the probe sequence is hybridized with said target sequence.

30       2.    A probe according to claim 1 wherein said probe sequence, said first switch sequence, and said second switch sequence are segments of a single nucleic acid strand.

-32-

3.   A probe according to claim 1 wherein said
first switch sequence and said second switch sequence
are immediately adjacent to said probe sequence.

4.   A probe according to claim 1 wherein at
5      least one nucleotide of said first switch sequence is
also a nucleotide of said probe sequence.

5.   A probe according to claim 1 wherein at
least one nucleotide of said second switch sequence
is also a nucleotide of said probe sequence.

10     6.   A probe according to claim 1 wherein said
second switch sequence includes a promoter-complement
sequence for a DNA-directed RNA polymerase.

7.   A recombinant replicatable RNA containing a
probe according to claim 1, wherein said first switch
15     sequence and said second switch sequence, when
hybridized to each other, result in an allosteric
configuration which prevents replication of said
RNA.

8.   A probe according to claim 2, wherein one
20     of said first and second switch sequences, when not
hybridized to the other, comprises a biologically
functional nucleic acid moiety which is a required
element of a signal generating system.

9.   A probe according to claim 8 wherein said
25     single nucleic acid strand is a DNA strand and wherein
said second switch sequence includes a promoter-
complement sequence for a DNA-directed RNA polymerase.

-33-

10.   A probe according to claim 8 wherein said
single nucleic acid strand is a DNA strand and wherein
said second switch sequence includes a primer for a
DNA-directed DNA polymerase.

5         11.   A probe according to claim 8 wherein said
single nucleic acid strand is a DNA strand and wherein
said second switch sequence includes a primer for a
DNA-directed RNA polymerase.

12.   A probe according to claim 2 additionally
10   comprising a replicatable RNA sequence extending from
said second switch sequence, said replicatable RNA
sequence being able to serve as a template for
exponential replication by an RNA polymerase only if
cleaved from said probe.

15        13.   A probe according to claim 12 wherein at
least one nucleotide of said replicatable RNA sequence
is also a nucleotide of said second switch sequence.

14.   A probe according to claim 12 comprising a
spacer sequence between said second switch sequence
20   and said replicatable RNA sequence and joined to said
replicatable RNA sequence, wherein said first switch
sequence comprises a portion of a ribozyme, and
wherein the spacer sequence and the replicatable RNA
sequence in the area where they are joined together
25   comprise the remainder of said ribozyme.

15.   A probe according to claim 14 wherein said
second switch sequence is unable to form a ribozyme
with said first switch sequence.

-34-

16.   A replicatable recombinant RNA molecule
containing a probe according to claim 2.

17.   A replicatable recombinant RNA molecule
according to claim 16 wherein said first and second
5    switch sequences, when hybridized to each other,
comprise a binding site for a specific protein.

18.   A replicatable recombinant RNA molecule
according to claim 17 wherein the specific protein is
a ribonuclease.

10   19.   A replicatable recombinant RNA molecule
according to claim 16 wherein one of said first and
second switch sequences, when not hybridized to the
other, comprises a binding site for a specific
protein.

15   20.   A replicatable recombinant RNA molecule
according to claim 19 wherein said specific protein
is a bacteriophage protein.

21.   A recombinant replicatable RNA according to
claim 19, wherein said cleavage site is a site for
20   cleavage by a restriction enzyme.

22.   A recombinant replicatable RNA according to
claim 21, wherein said restriction enzyme is
ribonuclease III.

23.   A probe according to claim 2 wherein said
25   single nucleic acid strand is a DNA strand.

24.   A probe according to claim 23 wherein said
first and second switch sequences, when hybridized to

-35-

each other, comprise a binding site for a specific protein.

25.   A probe according to claim 23 wherein one of said first and second switch sequences, when not hybridized to the other, comprises a binding site for a specific protein.

26.   A probe according to claim 23, wherein one of said first and second switch sequences, when not hybridized to the other, comprises a binding site for a DNA sequence required for signal generation.

27.   A probe according to claim 23, wherein one of said first and second switch sequences, when not hybridized to the other, comprises a binding site for an RNA sequence required for signal generation.

28.   A probe according to claim 2 wherein said single nucleic acid strand is an RNA strand.

29.   A probe according to claim 28 wherein said first and second switch sequences, when hybridized to each other, comprise a binding site for a specific protein.

30.   A probe according to claim 28 wherein one of said first and second switch sequences, when not hybridized to the other, comprises a binding site for a specific protein.

31.   A probe according to claim 28 wherein one of said first and second switch sequences, when not hybridized to each other, comprises a binding site for an oligodeoxyribonucleotide.

32. A probe according to claim 28 wherein one
of said first and second switch sequences, when not
hybridized to the other, comprises a binding site for
a DNA sequence required for signal generation.

5        33. A probe according to claim 32 wherein one
of said first and second switch sequences, when not
hybridized to the other, comprises a binding site for
an RNA sequence required for signal generation.

34. A probe according to claim 28, comprising
10     an RNA sequence extending from and adjacent to a
selected one of said first and second switch
sequences, said RNA sequence and said selected switch
sequence together comprising a binding site for a
nucleic acid sequence necessary for signal generation.

15       35. A probe according to claim 34 wherein said
nucleic acid sequence necessary for signal generation
is an RNA.

36. A probe according to claim 35 wherein said
binding site and said nucleic acid sequence necessary
20     for signal generation, when hybridized, form a binding
site for a protein.

37. A probe according to claim 35 wherein said
binding site and said nucleic acid sequence necessary
for signal generation, when hybridized, together
25     comprise a ribozyme.

38. A probe according to claim 37 wherein said
ribozyme cleaves from the probe an RNA probe fragment
necessary for signal generation.

39.   A probe according to claim 38 wherein said
RNA probe fragment comprises a replicatable RNA.

40.   A probe according to claim 38 wherein said
RNA probe fragment comprises a linker.

5      41.   A probe according to claim 38 wherein said
RNA probe fragment comprises a primer.

42.   A probe according to claim 34 wherein said
nucleic acid sequence necessary for signal generation
is an oligodeoxyribonucleotide.

10      43.   A probe according to claim 42 wherein said
binding site and said nucleic acid sequence necessary
for signal generation, when hybridized, form a protein
binding site.

44.   A probe according to claim 43 wherein said
15     protein binding site is a binding site for
ribonuclease H.

45.   A probe according to claim 28 comprising an
RNA sequence extending from a selected one of said
first and second switch sequences and separated
therefrom by a spacer sequence of about 30-70
20     nucleotides, said RNA sequence and said spacer
sequence forming a binding site for the other switch
sequence, such that, when hybridized, said binding
site and said other switch sequence together comprise
25     a ribozyme required for signal generation.

WO 90/03446                                                     PCT/US89/04275

-38-

46.   A probe according to claim 45 wherein said ribozyme cleaves from the probe an RNA probe fragment necessary for signal generation.

5

47.   A probe according to claim 46 wherein said RNA probe fragment comprises a replicatable RNA.

48.   A probe according to claim 46 wherein said RNA probe fragment comprises a linker.

49.   A probe according to claim 46 wherein said RNA probe fragment comprises a primer.

10

50.   A method for the detection of at least one predetermined nucleic acid target sequence in a sample containing nucleic acid and comprising the steps of
   a.   adding to the sample probes according to claim 1,

15
   b.   causing probes to hybridize specifically with said target sequence,
   c.   destroying the ability of probes which did not hybridize specifically with said target sequence in step b to generate a signal.

20
   d.   generating a signal from probes which did hybridize specifically with said target sequence in step b, and
   e.   detecting the signal.

51.   A method according to claim 50 wherein said probe is a replicatable RNA.

25

52.   A method according to claim 51 wherein step c. comprises destroying with a ribonuclease the replicatability of probes which did not hybridize specifically with said target sequence and wherein

-39-

step d. comprises exponentially replicating probes
which did hybridize specifically with said target
sequence.

53.  A method according to claim 51 wherein
5       probes hybridized specifically with said target
sequence in step b. are separated from probes which
did not so hybridize prior to performing step d.

54.  A method according to claim 50 comprising a
quantitative determination of the amount of said
10      target sequence in said sample, wherein the amount of
probe added in step a. substantially exceeds the
maximum expected number of target sequences expected
in said samples, wherein step b. proceeds until
virtually all target sequences hybridize with probes,
15      wherein in step c. the replicatability of virtually
all of the probes which did not hybridize specifically
with said target sequence is destroyed, wherein step
d. is carried out for a predetermined time, and
wherein step e. is quantitative.

20      55.  A method according to claim 54 additionally
comprising performing a parallel assay on a sample
which does not contain said target sequence.

56.  A method for the detection of at least one
predetermined nucleic acid target sequence in a sample
25      containing nucleic acid comprising the steps of
        a.   adding to the sample probes according to
             claim 1,
        b.   causing probes to hybridize specifically
             with said target sequence,
30      c.   exponentially replicating a replicatable
             RNA indicative of the presence of probes

WO 90/03446                                                       PCT/US89/04275

-40-

which hybridized specifically with said
target sequence in step b., and

d.    detecting the replication products.

57.   A method according to claim 56, wherein
5    said probe is a first DNA strand, comprising the
additional step of hybridizing to the second switch
sequence of said probe a second DNA strand which is a
template for the transcription of a replicatable RNA
prior to step c.

10        58.   A method according to claim 56, wherein
said probe is a replicatable recombinant RNA,
comprising the additional step of separating probes
which hybridized with target sequence in step b. from
probes which did not so hybridize prior to step c.,
15    and wherein the replicatable RNA of step c. is said
replicatable recombinant RNA.

59.   A method according to claim 56 wherein said
probe is an RNA strand comprising a replicatable RNA
sequence extending from said second switch segment,
20    comprising the additional step of selectively cleaving
said replicatable RNA sequence from probes which
hybridized with target sequences in step b. prior to
step c., and wherein the replicatable RNA of step c.
is said replicatable RNA sequence.

25        60.   A method according to claim 59 wherein the
step of cleaving involves ribozyme cleavage.

61.   A method according to claim 59 wherein the
step of cleaving includes adding a ribonuclease to
the sample.

-41-

62. A method according to claim 56 comprising a
quantitative determination of the amount of said
target sequence in said sample, wherein the amount of
probe added in step a. substantially exceeds the
5    maximum expected number of target sequences expected
in said sample, wherein step b. proceeds until
virtually all target sequences hybridize with probes,
wherein step c. is carried out for a predetermined
time, and wherein step d. is quantitative.

10   63. A method according to claim 62 additionally
comprising performing a parallel assay on a sample
which does not contain said target sequence.

64. A method for the detection of at least one
predetermined nucleic acid target sequence in a sample
15   containing nucleic acid comprising the steps of
       a.   adding to the sample probes according to
            claim 1,
       b.   causing probes to hybridize specifically
            with said target sequence,
20     c.   cleaving said RNA-signal generator segment
            from probes which hybridized with target
            sequences in step b.,
       d.   generating an amplified signal using said
            RNA-signal generator, and
25     e.   detecting said amplified signal.

65. A method according to claim 64 wherein said
RNA-signal generator includes an enzyme which
generates a color signal.

66. A test kit for performing an assay according
30   to claim 50 comprising a quantity of said probe and
an appropriate RNA replicase.

WO 90/03446                                                      PCT/US89/04275

-42-

67.  A test kit for performing an assay according
to claim 56 comprising a quantity of said probe and
an appropriate RNA replicase.

1 / 4



FIG.1

FIG.2

FIG.3

FIG.4

2 / 4



FIG.5

FIG.6

FIG.7

FIG.8



FIG.9

FIG.10



FIG.11



FIG.12



FIG.13

# INTERNATIONAL SEARCH REPORT

International Application No  PCT/US 89/04275

## I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all) *

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC5: C 12 Q 1/68

## II. FIELDS SEARCHED

Minimum Documentation Searched [7]

| Classification System | Classification Symbols |
|---|---|
| IPC5 | C 12 Q |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched [8]

## III. DOCUMENTS CONSIDERED TO BE RELEVANT [9]

| Category * | Citation of Document, [11] with indication, where appropriate, of the relevant passages [12] | Relevant to Claim No. [13] |
|---|---|---|
| X | WO, A1, 87/06270 (THE SALK INSTITUTE FOR BIOLOGICAL STUDIES) 22 October 1987, see especially page 8, lines 26-34, page 17 line 19 - page 18 line 7, page 19 lines 20-29 and example IX | 1-67 |
| P | NATURE, Vol. 339, 1989, F.R. Kramer and P.M. Lizardi: "Replicatable RNA reporters ", see page 401 - page 402 | 1-67 |
| A | J.Biochem., Vol. 93, No. 3, 1983, Tohru Nishihara et al: "Localization of the Q Replicase Recognition Site in MDV-1 RNA ", see page 669 - page 674 | 1-67 |

* Special categories of cited documents: [10]

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

## IV. CERTIFICATION

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 27th December 1989 | ? ? . ?? . 90 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | T.K. WILLIS |

Form PCT/ISA/210 (second sheet) (January 1985)

ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.     PCT/US 89/04275

SA      31623

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on     08/11/89
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO-A1- 87/06270 | 22/10/87 | AU-D-     73068/87<br>EP-A-     0266399<br>JP-T-      1500005 | 09/11/87<br>11/05/88<br>12/01/89 |