# EXHIBIT F

Case 2:09-cv-00283-DF  Document 192-6  Filed 07/01/11  Page 2 of 7 PageID #: 1983
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■IIIIIResearch

# Oligonucleotides with Fluorescent Dyes at Opposite Ends Provide a Quenched Probe System Useful for Detecting PCR Product and Nucleic Acid Hybridization

Kenneth J. Livak, Susan J.A. Flood, Jeffrey Marmaro, William Giusti, and Karin Deetz

Perkin-Elmer, Applied Biosystems Division, Foster City, California 94404

The 5' nuclease PCR assay detects the accumulation of specific PCR product by hybridization and cleavage of a double-labeled fluorogenic probe during the amplification reaction. The probe is an oligonucleotide with both a reporter fluorescent dye and a quencher dye attached. An increase in reporter fluorescence intensity indicates that the probe has hybridized to the target PCR product and has been cleaved by the 5'→3' nucleolytic activity of Taq DNA polymerase. In this study, probes with the quencher dye attached to an internal nucleotide were compared with probes with the quencher dye attached to the 3'-end nucleotide. In all cases, the reporter dye was attached to the 5' end. All intact probes showed quenching of the reporter fluorescence. In general, probes with the quencher dye attached to the 3'-end nucleotide exhibited a larger signal in the 5' nuclease PCR assay than the internally labeled probes. It is proposed that the larger signal is caused by increased likelihood of cleavage by Taq DNA polymerase when the probe is hybridized to a template strand during PCR. Probes with the quencher dye attached to the 3'-end nucleotide also exhibited an increase in reporter fluorescence intensity when hybridized to a complementary strand. Thus, oligonucleotides with reporter and quencher dyes attached at opposite ends can be used as homogeneous hybridization probes.

A homogeneous assay for detecting the accumulation of specific PCR product that uses a double-labeled fluorogenic probe was described by Lee et al.[1] The assay exploits the 5' → 3' nucleolytic activity of Taq DNA polymerase[2,3] and is diagramed in Figure 1. The fluorogenic probe consists of an oligonucleotide with a reporter fluorescent dye, such as a fluorescein, attached to the 5' end; and a quencher dye, such as a rhodamine, attached internally. When the fluorescein is excited by irradiation, its fluorescent emission will be quenched if the rhodamine is close enough to be excited through the process of fluorescence energy transfer (FET).[4,5] During PCR, if the probe is hybridized to a template strand, Taq DNA polymerase will cleave the probe because of its inherent 5' → 3' nucleolytic activity. If the cleavage occurs between the fluorescein and rhodamine dyes, it causes an increase in fluorescein fluorescence intensity because the fluorescein is no longer quenched. The increase in fluorescein fluorescence intensity indicates that the probe-specific PCR product has been generated. Thus, FET between a reporter dye and a quencher dye is critical to the performance of the probe in the 5' nuclease PCR assay.

Quenching is completely dependent on the physical proximity of the two dyes.[6] Because of this, it has been assumed that the quencher dye must be attached near the 5' end. Surprisingly, we have found that attaching a rhodamine dye at the 3' end of a probe still provides adequate quenching for the probe to perform in the 5' nuclease PCR assay. Furthermore, cleavage of this type of probe is not required to achieve some reduction in quenching. Oligonucleotides with a reporter dye on the 5' end and a quencher dye on the 3' end exhibit a much higher reporter fluorescence when double-stranded as compared with single-stranded. This should make it possible to use this type of double-labeled probe for homogeneous detection of nucleic acid hybridization.

## MATERIALS AND METHODS

### Oligonucleotides

Table 1 shows the nucleotide sequence of the oligonucleotides used in this study. Linker arm nucleotide (LAN) phosphoramidite was obtained from Glen Research. The standard DNA phosphoramidites, 6-carboxyfluorescein (6-FAM) phosphoramidite, 6-carboxytetramethylrhodamine succinimidyl ester (TAMRA NHS ester), and Phosphalink for attaching a 3'-blocking phosphate, were obtained from Perkin-Elmer, Applied Biosystems Division. Oligonucleotide synthesis was performed using an ABI model 394 DNA synthesizer (Applied Biosystems). Primer and complement oligonucleotides were purified using Oligo Purification Cartridges (Applied Biosystems). Double-labeled probes were synthesized with 6-FAM-labeled phosphoramidite at the 5' end, LAN replacing one of the T's in the sequence, and Phosphalink at the 3' end. Following deprotection and ethanol precipitation, TAMRA NHS ester was coupled to the LAN-containing oligonucleotide in 250

Case 2:09-cv-00283-DF   Document 192-6   Filed 07/01/11   Page 3 of 7 PageID #: 1984
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press



FIGURE 1 Diagram of 5' nuclease assay. Stepwise representation of the 5' → 3' nucleolytic activity of Taq DNA polymerase acting on a fluorogenic probe during one extension phase of PCR.

primer. The thermal regimen was 50°C (2 min), 95°C (10 min), 40 cycles of 95°C (20 sec), 60°C (1 min), and hold at 72°C. A 515-bp segment was amplified from a plasmid that consists of a segment of λ DNA (nucleotides 32,220–32,747) inserted in the SmaI site of vector pUC119. These reactions contained 3.5 mM $MgCl_2$, 1 ng of plasmid DNA, 50 nM P2 or P5 probe, 200 nM primer F119, and 200 nM primer R119. The thermal regimen was 50°C (2 min), 95°C (10 min), 25 cycles of 95°C (20 sec), 57°C (1 min), and hold at 72°C.

### Fluorescence Detection

For each amplification reaction, a 40-μl aliquot of a sample was transferred to an individual well of a white, 96-well microtiter plate (Perkin-Elmer). Fluorescence was measured on the Perkin-Elmer TaqMan LS-50B System, which consists of a luminescence spectrometer with plate reader assembly, a 485-nm excitation filter, and a 515-nm emission filter. Excitation was at 488 nm using a 5-nm slit width. Emission was measured at 518 nm for 6-FAM (the reporter or R value) and 582 nm for TAMRA (the quencher or Q value) using a 10-nm slit width. To determine the increase in reporter emission that is caused by cleavage of the probe during PCR, three normalizations are applied to the raw emission data. First, emission intensity of a buffer blank is subtracted for each wavelength. Second, emission intensity of the reporter is

mM Na-bicarbonate buffer (pH 9.0) at room temperature. Unreacted dye was removed by passage over a PD-10 Sephadex column. Finally, the double-labeled probe was purified by preparative high-performance liquid chromatography (HPLC) using an Aquapore $C_8$ 220×4.6-mm column with 7-μm particle size. The column was developed with a 24-min linear gradient of 8–20% acetonitrile in 0.1 M TEAA (triethylamine acetate). Probes are named by designating the sequence from Table 1 and the position of the LAN–TAMRA moiety. For example, probe A1-7 has sequence A1 with LAN–TAMRA at nucleotide position 7 from the 5' end.

### PCR Systems

All PCR amplifications were performed in the Perkin-Elmer GeneAmp PCR System 9600 using 50-μl reactions that contained 10 mM Tris-HCl (pH 8.3), 50 mM KCl, 200 μM dATP, 200 μM dCTP, 200 μM dGTP, 400 μM dUTP, 0.5 unit of AmpErase uracil N-glycosylase (Perkin-Elmer), and 1.25 unit of AmpliTaq DNA polymerase (Perkin-Elmer). A 295-bp segment from exon 3 of the human β-actin gene (nucleotides 2141–2435 in the sequence of Nakajima-Iijima et al.)[7] was amplified using primers AFP and ARP (Table 1), which are modified slightly from those of du Breuil et al.[8] Actin amplification reactions contained 4 mM $MgCl_2$, 20 ng of human genomic DNA, 50 nM A1 or A3 probe, and 300 nM each

TABLE 1  Sequences of Oligonucleotides

| Name | Type | Sequence |
|---|---|---|
| F119 | primer | ACCCACAGGAACTGATCACCACTC |
| R119 | primer | ATGTCGCGTTCCGGCTGACGTTCTGC |
| P2 | probe | TCGCATTACTGATCGTTGCCAACCAGTp |
| P2C | complement | GTACTGGTTGGCAACGATCAGTAATGCGATG |
| P5 | probe | CGGATTTGCTGGTATCTATGACAAGGATp |
| P5C | complement | TTCATCCTTGTCATAGATACCAGCAAATCCG |
| AFP | primer | TCACCCACACTGTGCCCATCTACGA |
| ARP | primer | CAGCGGAACCGCTCATTGCCAATGG |
| A1 | probe | ATGCCCTCCCCCATGCCATCCTGCGTp |
| A1C | complement | AGACGCAGGATGGCATGGGGAGGGCATAC |
| A3 | probe | CGCCCTGGACTTCGAGCAAGAGATp |
| A3C | complement | CCATCTCTTGCTCGAAGTCCAGGGCGAC |

For each oligonucleotide used in this study, the nucleic acid sequence is given, written in the 5' → 3' direction. There are three types of oligonucleotides: PCR primer, fluorogenic probe used in the 5' nuclease assay, and complement used to hybridize to the corresponding probe. For the probes, the underlined base indicates a position where LAN with TAMRA attached was substituted for a T. (p) The presence of a 3' phosphate on each probe.

Case 2:09-cv-00283-DF   Document 192-6   Filed 07/01/11   Page 4 of 7 PageID #: 1985
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press

```
A1-2    RAQGCCCTCCCCCATGCCATCCTGCGTp
A1-7    RATGCCCQCCCCCATGCCATCCTGCGTp
A1-14   RATGCCCTCCCCCAQGCCATCCTGCGTp
A1-19   RATGCCCTCCCCCATGCCAQCCTGCGTp
A1-22   RATGCCCTCCCCCATGCCATCCQGCGTp
A1-26   RATGCCCTCCCCCATGCCATCCTGCGQp
```

| Probe | 518 nm | | 582 nm | | RQ⁻ | RQ⁺ | ΔRQ |
|---|---|---|---|---|---|---|---|
| | no temp. | + temp. | no temp. | + temp. | | | |
| A1-2  | 25.5 ± 2.1   | 32.7 ± 1.9    | 38.2 ± 3.0  | 38.2 ± 2.0  | 0.67 ± 0.01 | 0.86 ± 0.06 | 0.19 ± 0.06 |
| A1-7  | 53.5 ± 4.3   | 395.1 ± 21.4  | 108.5 ± 6.3 | 110.3 ± 5.3 | 0.49 ± 0.03 | 3.58 ± 0.17 | 3.09 ± 0.18 |
| A1-14 | 127.0 ± 4.9  | 403.5 ± 19.1  | 109.7 ± 5.3 | 93.1 ± 6.3  | 1.16 ± 0.02 | 4.34 ± 0.15 | 3.18 ± 0.15 |
| A1-19 | 187.5 ± 17.9 | 422.7 ± 7.7   | 70.3 ± 7.4  | 73.0 ± 2.8  | 2.67 ± 0.05 | 5.80 ± 0.15 | 3.13 ± 0.16 |
| A1-22 | 224.6 ± 9.4  | 482.2 ± 43.6  | 100.0 ± 4.0 | 96.2 ± 9.6  | 2.25 ± 0.03 | 5.02 ± 0.11 | 2.77 ± 0.12 |
| A1-26 | 160.2 ± 8.9  | 454.1 ± 18.4  | 93.1 ± 5.4  | 90.7 ± 3.2  | 1.72 ± 0.02 | 5.01 ± 0.08 | 3.29 ± 0.08 |

**FIGURE 2** Results of 5' nuclease assay comparing β-actin probes with TAMRA at different nucleotide positions. As described in Materials and Methods, PCR amplifications containing the indicated probes were performed, and the fluorescence emission was measured at 518 and 582 nm. Reported values are the average ± 1 S.D. for six reactions run without added template (no temp.) and six reactions run with template (+ temp.). The RQ ratio was calculated for each individual reaction and averaged to give the reported RQ⁻ and RQ⁺ values.

divided by the emission intensity of the quencher to give an RQ ratio for each reaction tube. This normalizes for well-to-well variations in probe concentration and fluorescence measurement. Finally, ΔRQ is calculated by subtracting the RQ value of the no-template control (RQ⁻) from the RQ value for the complete reaction including template (RQ⁺).

## RESULTS

A series of probes with increasing distances between the fluorescein reporter and rhodamine quencher were tested to investigate the minimum and maximum spacing that would give an acceptable performance in the 5' nuclease PCR assay. These probes hybridize to a target sequence in the human β-actin gene. Figure 2 shows the results of an experiment in which these probes were included in PCR that amplified a segment of the β-actin gene containing the target sequence. Performance in the 5' nuclease PCR assay is monitored by the magnitude of ΔRQ, which is a measure of the increase in reporter fluorescence caused by PCR amplification of the probe target. Probe A1-2 has a ΔRQ value that is close to zero, indicating that the probe was not cleaved appreciably during the amplification reaction. This suggests that with the quencher dye on the second nucleotide from the 5' end, there is insufficient room for Taq polymerase to cleave efficiently between the reporter and quencher. The other five probes exhibited comparable ΔRQ values that are clearly different from zero. Thus, all five probes are being cleaved during PCR amplification resulting in a similar increase in reporter fluorescence. It should be noted that complete digestion of a probe produces a much larger increase in reporter fluorescence than that observed in Figure 2 (data not shown). Thus, even in reactions where amplification occurs, the majority of probe molecules remain uncleaved. It is mainly for this reason that the fluorescence intensity of the quencher dye TAMRA changes little with amplification of the target. This is what allows us to use the 582-nm fluorescence reading as a normalization factor.

The magnitude of RQ⁻ depends mainly on the quenching efficiency inherent in the specific structure of the probe and the purity of the oligonucleotide. Thus, the larger RQ⁻ values indicate that probes A1-14, A1-19, A1-22, and A1-26 probably have reduced quenching as compared with A1-7. Still, the degree of quenching is sufficient to detect a highly significant increase in reporter fluorescence when each of these probes is cleaved during PCR.

To further investigate the ability of TAMRA on the 3' end to quench 6-FAM on the 5' end, three additional pairs of probes were tested in the 5' nuclease PCR assay. For each pair, one probe has TAMRA attached to an internal nucleotide and the other has TAMRA attached to the 3' end nucleotide. The results are shown in Table 2. For all three sets, the probe with the 3' quencher exhibits a ΔRQ value that is considerably higher than for the probe with the internal quencher. The RQ⁻ values suggest that differences in quenching are not as great as those observed with some of the A1 probes. These results demonstrate that a quencher dye on the 3' end of an oligonucleotide can quench efficiently the

**TABLE 2** Results of 5' Nuclease Assay Comparing Probes with TAMRA Attached to an Internal or 3'-terminal Nucleotide

| Probe | 518 nm | | 582 nm | | RQ⁻ | RQ⁺ | ΔRQ |
|---|---|---|---|---|---|---|---|
| | no temp. | + temp. | no temp. | + temp. | | | |
| A3-6  | 54.6 ± 3.2  | 84.8 ± 3.7   | 116.2 ± 6.4 | 115.6 ± 2.5 | 0.47 ± 0.02 | 0.73 ± 0.03 | 0.26 ± 0.04 |
| A3-24 | 72.1 ± 2.9  | 236.5 ± 11.1 | 84.2 ± 4.0  | 90.2 ± 3.8  | 0.86 ± 0.02 | 2.62 ± 0.05 | 1.76 ± 0.05 |
| P2-7  | 82.8 ± 4.4  | 384.0 ± 34.1 | 105.1 ± 6.4 | 120.4 ± 10.2 | 0.79 ± 0.02 | 3.19 ± 0.16 | 2.40 ± 0.16 |
| P2-27 | 113.4 ± 6.6 | 555.4 ± 14.1 | 140.7 ± 8.5 | 118.7 ± 4.8 | 0.81 ± 0.01 | 4.68 ± 0.10 | 3.88 ± 0.10 |
| P5-10 | 77.5 ± 6.5  | 244.4 ± 15.9 | 86.7 ± 4.3  | 95.8 ± 6.7  | 0.89 ± 0.05 | 2.55 ± 0.06 | 1.66 ± 0.08 |
| P5-28 | 64.0 ± 5.2  | 333.6 ± 12.1 | 100.6 ± 6.1 | 94.7 ± 6.3  | 0.63 ± 0.02 | 3.53 ± 0.12 | 2.89 ± 0.13 |

Reactions containing the indicated probes and calculations were performed as described in Material and Methods and in the legend to Fig. 2.

Case 2:09-cv-00283-DF   Document 192-6   Filed 07/01/11   Page 5 of 7 PageID #: 1986
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press

fluorescence of a reporter dye on the 5' end. The degree of quenching is sufficient for this type of oligonucleotide to be used as a probe in the 5' nuclease PCR assay.

To test the hypothesis that quenching by a 3' TAMRA depends on the flexibility of the oligonucleotide, fluorescence was measured for probes in the single-stranded and double-stranded states. Table 3 reports the fluorescence observed at 518 and 582 nm. The relative degree of quenching is assessed by calculating the RQ ratio. For probes with TAMRA 6–10 nucleotides from the 5' end, there is little difference in the RQ values when comparing single-stranded with double-stranded oligonucleotides. The results for probes with TAMRA at the 3' end are much different. For these probes, hybridization to a complementary strand causes a dramatic increase in RQ. We propose that this loss of quenching is caused by the rigid structure of double-stranded DNA, which prevents the 5' and 3' ends from being in proximity.

When TAMRA is placed toward the 3' end, there is a marked $Mg^{2+}$ effect on quenching. Figure 3 shows a plot of observed RQ values for the A1 series of probes as a function of $Mg^{2+}$ concentration. With TAMRA attached near the 5' end (probe A1-2 or A1-7), the RQ value at 0 mM $Mg^{2+}$ is only slightly higher than RQ at 10 mM $Mg^{2+}$. For probes A1-19, A1-22, and A1-26, the RQ values at 0 mM $Mg^{2+}$ are very high, indicating a much reduced quenching efficiency. For each of these probes, there is a marked decrease in RQ at 1 mM $Mg^{2+}$ followed by a gradual decline as the $Mg^{2+}$ concentration increases to 10 mM. Probe A1-14 shows an intermediate RQ value at 0 mM $Mg^{2+}$ with a gradual decline at higher $Mg^{2+}$ concentrations. In a low-salt environment with no $Mg^{2+}$ present, a single-stranded oligonucleotide would be expected to adopt an extended conformation because of electrostatic repulsion. The binding of $Mg^{2+}$ ions acts to shield the negative charge of the phosphate backbone so that the oligonucleotide can adopt conformations where the 3' end is close to the 5' end. Therefore, the observed $Mg^{2+}$ effects support the notion that quenching of a 5' reporter dye by TAMRA at or near the 3' end depends on the flexibility of the oligonucleotide.

## DISCUSSION

The striking finding of this study is that it seems the rhodamine dye TAMRA, placed at any position in an oligonucleotide, can quench the fluorescent emission of a fluorescein (6-FAM) placed at the 5' end. This implies that a single-stranded, double-labeled oligonucleotide must be able to adopt conformations where the TAMRA is close to the 5' end. It should be noted that the decay of 6-FAM in the excited state requires a certain amount of time. Therefore, what matters for quenching is not the average distance between 6-FAM and TAMRA but, rather, how close TAMRA can get to 6-FAM during the lifetime of the 6-FAM excited state. As long as the decay time of the excited state is relatively long compared with the molecular motions of the oligonucleotide, quenching can occur. Thus, we propose that TAMRA at the 3' end, or any other position, can quench 6-FAM at the 5' end because TAMRA is in proximity to 6-FAM often enough to be able to accept energy transfer from an excited 6-FAM.

Details of the fluorescence measurements remain puzzling. For example, Table 3 shows that hybridization of probes A1-26, A3-24, and P5-28 to their complementary strands not only causes a large increase in 6-FAM fluorescence at 518 nm but also causes a modest increase in TAMRA fluorescence at 582 nm. If TAMRA is being excited by energy transfer from quenched 6-FAM, then loss of quenching attributable to hybridization should cause a decrease in the fluorescence emission of TAMRA. The fact that the fluorescence emission of TAMRA increases indicates that the situation is more complex. For example, we have anecdotal evidence that the bases of the oligonucleotide, especially G, quench the fluorescence of both 6-FAM and TAMRA to some degree. When double-stranded, base-pairing may reduce the ability of the bases to quench. The primary factor causing the quenching of 6-FAM in an intact probe is the TAMRA dye. Evidence for the importance of TAMRA is that 6-FAM fluorescence remains relatively unchanged when probes labeled only with 6-FAM are used in the 5' nuclease PCR assay (data not shown). Secondary effectors of fluorescence, both before and after cleavage of the probe, need to be explored further.

Regardless of the physical mechanism, the relative independence of position and quenching greatly simplifies the design of probes for the 5' nuclease PCR assay. There are three main factors that determine the performance of a double-labeled fluorescent probe in the 5' nuclease PCR assay. The first factor is the degree of quenching observed in the intact probe. This is characterized by the value of $RQ^-$, which is the ratio of reporter to quencher fluorescent emissions for a no template control PCR. Influences on the value of $RQ^-$ include the particular reporter and quencher

**TABLE 3** Comparison of Fluorescence Emissions of Single-stranded and Double-stranded Fluorogenic Probes

| Probe | 518 nm | | 582 nm | | RQ | |
|---|---|---|---|---|---|---|
| | ss | ds | ss | ds | ss | ds |
| A1-7 | 27.75 | 68.53 | 61.08 | 138.18 | 0.45 | 0.50 |
| A1-26 | 43.31 | 509.38 | 53.50 | 93.86 | 0.81 | 5.43 |
| A3-6 | 16.75 | 62.88 | 39.33 | 165.57 | 0.43 | 0.38 |
| A3-24 | 30.05 | 578.64 | 67.72 | 140.25 | 0.45 | 3.21 |
| P2-7 | 35.02 | 70.13 | 54.63 | 121.09 | 0.64 | 0.58 |
| P2-27 | 39.89 | 320.47 | 65.10 | 61.13 | 0.61 | 5.25 |
| P5-10 | 27.34 | 144.85 | 61.95 | 165.54 | 0.44 | 0.87 |
| P5-28 | 33.65 | 462.29 | 72.39 | 104.61 | 0.46 | 4.43 |

(ss) Single-stranded. The fluorescence emissions at 518 or 582 nm for solutions containing a final concentration of 50 nM indicated probe, 10 mM Tris-HCl (pH 8.3), 50 mM KCl, and 10 mM $MgCl_2$. (ds) Double-stranded. The solutions contained, in addition, 100 nM A1C for probes A1-7 and A1-26, 100 nM A3C for probes A3-6 and A3-24, 100 nM P2C for probes P2-7 and P2-27, or 100 nM P5C for probes P5-10 and P5-28. Before the addition of $MgCl_2$, 120 μl of each sample was heated at 95°C for 5 min. Following the addition of 80 μl of 25 mM $MgCl_2$, each sample was allowed to cool to room temperature and the fluorescence emissions were measured. Reported values are the average of three determinations.

Case 2:09-cv-00283-DF Document 192-6 Filed 07/01/11 Page 6 of 7 PageID #: 1987
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press



**FIGURE 3** Effect of $Mg^{2+}$ concentration on RQ ratio for the A1 series of probes. The fluorescence emission intensity at 518 and 582 nm was measured for solutions containing 50 nM probe, 10 mM Tris-HCl (pH 8.3), 50 mM KCl, and varying amounts (0–10 mM) of $MgCl_2$. The calculated RQ ratios (518 nm intensity divided by 582 nm intensity) are plotted vs. $MgCl_2$ concentration (mM Mg). The key (*upper right*) shows the probes examined.

dyes used, spacing between reporter and quencher dyes, nucleotide sequence context effects, presence of structure or other factors that reduce flexibility of the oligonucleotide, and purity of the probe. The second factor is the efficiency of hybridization, which depends on probe $T_m$, presence of secondary structure in probe or template, annealing temperature, and other reaction conditions. The third factor is the efficiency at which *Taq* DNA polymerase cleaves the bound probe between the reporter and quencher dyes. This cleavage is dependent on sequence complementarity between probe and template as shown by the observation that mismatches in the segment between reporter and quencher dyes drastically reduce the cleavage of probe.[1]

The rise in $RQ^-$ values for the A1 series of probes seems to indicate that the degree of quenching is reduced somewhat as the quencher is placed toward the 3' end. The lowest apparent quenching is observed for probe A1-19 (see Fig. 3) rather than for the probe where the TAMRA is at the 3' end (A1-26). This is understandable, as the conformation of the 3' end position would be expected to be less restricted than the conformation of an internal position. In effect, a quencher at the 3' end is freer to adopt conformations close to the 5' reporter dye than is an internally placed quencher. For the other three sets of probes, the interpretation of $RQ^-$ values is less clear-cut. The A3 probes show the same trend as A1, with the 3' TAMRA probe having a larger $RQ^-$ than the internal TAMRA probe. For the P2 pair, both probes have about the same $RQ^-$ value. For the P5 probes, the $RQ^-$ for the 3' probe is less than for the internally labeled probe. Another factor that may explain some of the observed variation is that purity affects the $RQ^-$ value. Although all probes are HPLC purified, a small amount of contamination with unquenched reporter can have a large effect on $RQ^-$.

Although there may be a modest effect on degree of quenching, the position of the quencher apparently can have a large effect on the efficiency of probe cleavage. The most drastic effect is observed with probe A1-2, where placement of the TAMRA on the second nucleotide reduces the efficiency of cleavage to almost zero. For the A3, P2, and P5 probes, $\Delta RQ$ is much greater for the 3' TAMRA probes as compared with the internal TAMRA probes. This is explained most easily by assuming that probes with TAMRA at the 3' end are more likely to be cleaved between reporter and quencher than are probes with TAMRA attached internally. For the A1 probes, the cleavage efficiency of probe A1-7 must already be quite high, as $\Delta RQ$ does not increase when the quencher is placed closer to the 3' end. This illustrates the importance of being able to use probes with a quencher on the 3' end in the 5' nuclease PCR assay. In this assay, an increase in the intensity of reporter fluorescence is observed only when the probe is cleaved between the reporter and quencher dyes. By placing the reporter and quencher dyes on the opposite ends of an oligonucleotide probe, any cleavage that occurs will be detected. When the quencher is attached to an internal nucleotide, sometimes the probe works well (A1-7) and other times not so well (A3-6). The relatively poor performance of probe A3-6 presumably means the probe is being cleaved 3' to the quencher rather than between the reporter and quencher. Therefore, the best chance of having a probe that reliably detects accumulation of PCR product in the 5' nuclease PCR assay is to use a probe with the reporter and quencher dyes on opposite ends.

Placing the quencher dye on the 3' end may also provide a slight benefit in terms of hybridization efficiency. The presence of a quencher attached to an internal nucleotide might be expected to disrupt base-pairing and reduce the $T_m$ of a probe. In fact, a 2°C–3°C reduction in $T_m$ has been observed for two probes with internally attached TAMRAs.[9] This disruptive effect would be minimized by placing the quencher at the 3' end. Thus, probes with 3' quenchers might exhibit slightly higher hybridization efficiencies than probes with internal quenchers.

The combination of increased cleavage and hybridization efficiencies means that probes with 3' quenchers probably will be more tolerant of mismatches between probe and target as compared with internally labeled probes. This tolerance of mismatches can be advantageous, as when trying to use a single probe to detect PCR-amplified products from samples of different species. Also, it means that cleavage of probe during PCR is less sensitive to alterations in annealing temperature or other reaction conditions. The one application where tolerance of mismatches may be a disadvantage is for allelic discrimination. Lee et al.[1] demonstrated that allele-specific probes were cleaved between reporter and quencher only when hybridized to a perfectly complementary target. This allowed them to distinguish the normal human cystic fibrosis allele from the *ΔF508* mutant. Their probes had TAMRA attached to the seventh nucleotide from

Case 2:09-cv-00283-DF   Document 192-6   Filed 07/01/11   Page 7 of 7 PageID #: 1988
Downloaded from genome.cshlp.org on October 2, 2009 - Published by Cold Spring Harbor Laboratory Press

*Research*

the 5' end and were designed so that any mismatches were between the reporter and quencher. Increasing the distance between reporter and quencher would lessen the disruptive effect of mismatches and allow cleavage of the probe on the incorrect target. Thus, probes with a quencher attached to an internal nucleotide may still be useful for allelic discrimination.

In this study loss of quenching upon hybridization was used to show that quenching by a 3' TAMRA is dependent on the flexibility of a single-stranded oligonucleotide. The increase in reporter fluorescence intensity, though, could also be used to determine whether hybridization has occurred or not. Thus, oligonucleotides with reporter and quencher dyes attached at opposite ends should also be useful as hybridization probes. The ability to detect hybridization in real time means that these probes could be used to measure hybridization kinetics. Also, this type of probe could be used to develop homogeneous hybridization assays for diagnostics or other applications. Bagwell et al.[10] describe just this type of homogeneous assay where hybridization of a probe causes an increase in fluorescence caused by a loss of quenching. However, they utilized a complex probe design that requires adding nucleotides to both ends of the probe sequence to form two imperfect hairpins. The results presented here demonstrate that the simple addition of a reporter dye to one end of an oligonucleotide and a quencher dye to the other end generates a fluorogenic probe that can detect hybridization or PCR amplification.

## ACKNOWLEDGMENTS

We acknowledge Lincoln McBride of Perkin-Elmer for his support and encouragement on this project and Mitch Winnik of the University of Toronto for helpful discussions on time-resolved fluorescence.

## REFERENCES

1. Lee, L.G., C.R. Connell, and W. Bloch. 1993. Allelic discrimination by nick-translation PCR with fluorogenic probes. *Nucleic Acids Res.* **21:** 3761–3766.
2. Holland, P.M., R.D. Abramson, R. Watson, and D.H. Gelfand. 1991. Detection of specific polymerase chain reaction product by utilizing the 5' to 3' exonuclease activity of *Thermus aquaticus* DNA polymerase. *Proc. Natl. Acad. Sci.* **88:** 7276–7280.
3. Lyamichev, V., M.A.D. Brow, and J.E. Dahlberg. 1993. Structure-specific endonucleolytic cleavage of nucleic acids by eubacterial DNA polymerases. *Science* **260:** 778–783.
4. Förster, V.Th. 1948. Zwischenmolekulare Energiewanderung und Fluoreszenz. *Ann. Phys. (Leipzig)* **2:** 55–75.
5. Lakowicz, J.R. 1983. Energy transfer. In *Principles of fluorescent spectroscopy*, pp. 303–339. Plenum Press, New York, NY.
6. Stryer, L. and R.P. Haugland. 1967. Energy transfer: A spectroscopic ruler. *Proc. Natl. Acad. Sci.* **58:** 719–726.
7. Nakajima-Iijima, S., H. Hamada, P. Reddy, and T. Kakunaga. 1985. Molecular structure of the human cytoplasmic beta-actin gene: Inter-species homology of sequences in the introns. *Proc. Natl. Acad. Sci.* **82:** 6133–6137.
8. du Breuil, R.M., J.M. Patel, and B.V. Mendelow. 1993. Quantitation of β-actin-specific mRNA transcripts using xeno-competitive PCR. *PCR Methods Applic.* **3:** 57–59.
9. Livak, K.J. (unpubl.).
10. Bagwell, C.B., M.E. Munson, R.L. Christensen, and E.J. Lovett. 1994. A new homogeneous assay system for specific nucleic acid sequences: Poly-dA and poly-A detection. *Nucleic Acids Res.* **22:** 2424–2425.

*Received December 20, 1994; accepted in revised form March 6, 1995.*