**Appendix K**                                                Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall    DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:09-CV-00283-TJW-CE
Style: Life Technologies Corporation, et al. v. Biosearch Technologies, Inc., et al.
2. Applicant is representing the following party/ies: Life Technologies Corp./Applied Biosystems LLC
3. Applicant was admitted to practice in California (state) on **December 1976** (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attachment
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Kenneth E. Keller _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 6/29/2011          Signature _Ken Kell_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kenneth E. Keller
State Bar Number 71450
Firm Name: Krieg, Keller, Sloan, Reilley & Roman LLP
Address/P.O. Box: 555 Montgomery Street, 17th Floor
City/State/Zip: San Francisco, CA 94111
Telephone #: (415) 249-8330
Fax #: (415) 249-8333
E-mail Address: kkeller@kksrr.com
Secondary E-Mail Address: alau@kksrr.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 7/6/11

DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hutto
Deputy Clerk

United States District Court
Eastern District of Texas
(Marshall Division)
Application to Appear Pro Hac Vice

**Attachment**

11. Applicant has been admitted to practice in the following Courts:

| **Court:** | **Admission Date:** |
|---|---|
| Northern District of California | 1976 |
| Central District of California | 1976 |
| Southern District of California | 1976 |
| Eastern District of California | 1976 |
| Ninth Circuit Court of Appeals | 2000 |
| Eleventh Circuit of Appeal | 2000 |
| Federal Circuit of Appeals | 1991 |
| District Court, Western District of Texas | 2005 |
| District Court of Colorado | 2000 |
| Eastern District of Wisconsin | 1998 |
| District Court, District of Nevada | 1988 |
| District Court, Southern District of Florida | 1986 |

```
Court Name: District Court
Division: 2
Receipt Number: TXE200000607
Cashier ID: ch
Transaction Date: 07/06/2011
Payer Name: KRIEG KELLER SLOAN

PRO HOC VICE
 For: KRIEG KELLER SLOAN
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:         $200.00

CHECK
 Check/Money Order Num: 1592B
 Amt Tendered:   $200.00

Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00

2:09CV283  LISI, KELLER


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```