**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | § § § § | |
| *Plaintiffs,* | § § | C. A. NO. 2:09-cv-00283-TJW-CE |
| v. | § § | DEMAND FOR JURY TRIAL |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC. *Defendants.* | § § § § § § | |

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

On this day, the Court considered Plaintiff Life Technologies Corporation and Applied Biosystems, LLC Unopposed Motion to Withdraw Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED, and the Court hereby withdraws William B. Dawson as Counsel for Life Technologies Corporation and Applied Biosystems, LLC and orders that William B. Dawson be removed from the official service list in this case.

SIGNED this 5th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE