**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC,** § § § § | |
| *Plaintiffs*, § § | |
| v. § | **CIVIL ACTION NO. 2:09-CV-283-TJW-CE** |
| § | |
| **BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., EUROFINS MWG OPERON, INC., and THE MIDLAND CERTIFIED REAGENT COMPANY, INC.,** § § § § § § § | **DEMAND FOR JURY TRIAL** |
| *Defendants*. § | |

**NOTICE OF APPEARANCE**

Notice is given that the undersigned attorney, C. Erik Hawes, enters his appearance in this matter as Attorney for Defendants Biosearch Technologies, Inc., and Eurofins MWG Operon, Inc., for purposes of receiving notice and orders from the court.

Dated: August 16, 2011               Respectfully submitted,

                          By:  /s/ *C. Erik Hawes*
                              C. Erik Hawes
                              Texas Bar No. 24042543
                              MORGAN, LEWIS & BOCKIUS LLP
                              1000 Louisiana, Suite 4000
                              Houston, TX 77002
                              Tel. 713.890.5000
                              Fax. 713.890.5001
                              Email: ehawes@morganlewis.com

                              *Counsel For Defendants Biosearch Technologies, Inc., and Eurofins MWG Operon, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on August 16, 2011. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

                                               /s/ *Elizabeth Hudson Ducote*
                                               Elizabeth Hudson Ducote