# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ET AL § | |
| § | |
| VS. § | CASE NO. 2:09-CV-283 (TJW-CE) |
| § | |
| BIOSEARCH TECHNOLOGIES, INC. § | |

**Markman Hearing Minutes**
**August 23, 2011**

**OPEN: 9:07 a.m.**                                            **ADJOURN: 11:02 a.m.**

ATTORNEYS FOR PLAINTIFF:          See attached.

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERK:                                    Katrina Maher

COURT REPORTER:                        Shelly Holmes, CSR

COURTROOM DEPUTY:                 Jan Lockhart


9:07 a.m.  Court opened.  The parties announced ready for hearing.

9:09 a.m.  Ms. Schmid conducted claim construction argument on behalf of Plaintiffs.  The Court responded.

9:48 a.m.  Mr. Johnson presented claim construction argument on behalf of Defendant.  The Court responded.

10:19 a.m.  Court recess.

10:40 a.m.  Ms. Schmid conducted rebuttal claim construction argument on behalf of Plaintiffs.  The Court responded.

11:00 a.m.  The Court took the matter under submission.  Court adjourned.