**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) <br> and APPLIED BIOSYSTEMS, LLC, ) <br> ) <br> *Plaintiffs,* ) <br> )      CIVIL ACTION NO. 2:09-cv-00283 <br> v. ) <br> ) <br> BIOSEARCH TECHNOLOGIES, INC., )      DEMAND FOR JURY TRIAL <br> BIO-SYNTHESIS, INC., and ) <br> EUROFINS MWG OPERON INC., ) <br> ) <br> *Defendants.* ) <br> ) <br> ) | |

**<u>JOINT MOTION TO AMEND THE PROTECTIVE ORDER</u>**

The parties in the above-entitled and numbered civil action hereby jointly submit a stipulated amended protective order that is agreed to by the parties. The parties respectfully request that the Court enter the order, which replaces the two designated in-house party representatives for Life Technologies Inc. and Applied Biosystems, LLC (collectively "Life Tech") with two new designated in-house party representatives due to personnel changes at Life Tech.

Specifically, Section 6(i) of the April 6, 2011 Protective Order in this case (Dkt. No. 174) allows disclosure of HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY material to two designated in-house counsel of the Receiving Party. The designated in-house counsel are subject to specific conditions, including that "each shall sign an undertaking in the form of Exhibit C attached to th[e] Protective Order before receiving materials protected by th[e] Protective Order and [that] each shall not participate in the prosecution of patents in the same

field of technology as the patents-in-suit through the pendency of this case and for a period of eighteen months following the final disposition of this Action."

Due to personnel changes at Life Tech, the parties request that Life Tech's two designated in-house counsel be changed as reflected in the proposed stipulated amended protective order. This proposed amended protective order changes the designation of "Kurtis MacFerrin, Lead Counsel–Litigation" to "Bradford Schmidt, Lead Counsel–Litigation," subject to the conditions of Section 6(i) of the Protective Order. (*See* Dkt. No. 174 at 10-11.) It also changes the designation of "Cora Schmid, Litigation Counsel," to "Katie Nolan-Steveaux, Litigation Counsel," subject to the conditions of Section 6(i) of the Protective Order. (*See id.*) The stipulated amended protective order further provides that it would take effect on the later of either the date of the Order is signed or October 3, 2011, which is proposed in order to coincide with the date of the Life Tech personnel changes.

The parties respectfully request that the Court enter the stipulated amended protective order.

Dated: September 28, 2011                                                  Respectfully submitted,


*/s/ Daniel Johnson, Jr.*                                                  */s/ Cora Schmid*
Winstol D. Carter, Jr.(Texas Bar 03932950)        David K. Wooten (Texas Bar 24033477)
C. Erik Hawes (Texas Bar 24042543)                 Leisa Talbert Peschel (Texas Bar 24060414)
I. Clay Rogers (Texas Bar 17172150)                V<small>INSON</small> & E<small>LKINS</small>, LLP
MORGAN, LEWIS & BOCKIUS LLP                        1001 Fannin Street, Suite 2500
1000 Louisiana Street, Suite 4000                  Houston, TX  77002-6760
Houston, Texas 77002                               Tel:  (713) 758-2095
Tel:  (713) 890-5000                               Fax:  (713) 615-5936
Fax: (713) 890-5001                                dwooten@velaw.com
wcarter@morganlewis.com                            lpeschel@velaw.com
ehawes@morganlewis.com
crogers@morganlewis.com                            Collin Maloney (Texas Bar 00794219)

2

Daniel Johnson, Jr. (admitted pro hac vice)
Rita E. Tautkus (admitted pro hac vice)
Ahren C. Hoffman (Texas Bar  24053269)
Joseph Song (admitted pro hac vice)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  (415) 442-1000
Fax:  (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
ahoffman@morganlewis.com
joseph.song@morganlewis.com

***Attorneys for Defendant Biosearch Technologies, Inc. and Attorneys for Defendant Eurofins MWG Operon Inc.***

*/s/ Nicole T. LeBoeuf*
Nicole T. LeBoeuf (Texas Bar 00791091)
SHACKELFORD MELTON & MCKINLEY
3333 Lee Parkway
Tenth Floor
Dallas, Texas 75219
Tel: (214) 780-1400
Fax: (214) 780-1401
nleboeuf@shacklaw.net

***Attorneys for Defendant Bio-Synthesis, Inc.***

Otis Carroll (Texas Bar 03895700)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
Fedserv@icklaw.com

Tracey B. Davies (Texas Bar 24001858)
Stephen M. Hash (Texas Bar 24012800)
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400
Fax:  (512) 542-8612
tdavies@velaw.com
shash@velaw.com

Margaret J. Sampson (Texas Bar 24027953)
VINSON & ELKINS, LLP
525 University Avenue
Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 617-8400
Fax: (650) 618-1970
msampson@velaw.com

Kurtis MacFerrin (admitted *pro hac vice*)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 554-3410
Fax:  (650) 638-6677
kurtis.macferrin@lifetech.com

Cora Schmid (California Bar No. 237267)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Drive
Foster City, CA 94404
Tel:  (650) 638-6245
Fax:  (650) 554-2885
cora.schmid@lifetech.com

***Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 28th day of September, 2011.

*/s/ Cora Schmid*