# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs<br><br>v.<br><br>BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC.,<br><br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:09-cv-00283 |

## ORDER GRANTING DEFENDANTS BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG OPERON INC.'S MOTION TO RECONSIDER THE MAGISTRATE'S CLAIM CONSTRUCTION ORDER

Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon, Inc.'s Motion to Reconsider the Magistrate's Claim Construction Order has come before the Court. The Court having considered the motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS the Motion and ORDERS modification of the Claim Construction Order accordingly.

IT IS SO ORDERED.

-1-

## CERTIFICATE OF SERVICE

The undersigned certifies that the [Proposed] Order Granting Defendants Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s Motion to Reconsider the Magistrate's Claim Construction Order was served via email on all counsel of record on this 6th day of October 2011.

        /s/ Daniel Johnson, Jr.

Collin Maloney
Otis Carroll
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX  75703
Fedserv@icklaw.com

David K. Wooten
Leisa Talbert Peschel
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
dwooten@velaw.com
lpeschel@velaw.com

Tracey B. Davies
Stephen M. Hash
Vinson & Elkins, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
tdavies@velaw.com
shash@velaw.com

Margaret J. Sampson
Vinson & Elkins, LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301-1918
msampson@velaw.com

-2-

Kenneth E. Keller
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
kkeller@kksrr.com

Michael D. Lisi
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Franciso, CA  94111
mlisi@kksrr.com

***Attorneys for Plaintiffs Life Technologies
Corporation and Applied Biosystems, LLC***


Nicole T. LeBoeuf
Shackelford Melton & McKinley
3333 Lee Parkway, 10th Floor
Dallas, TX  75219
nleboeuf@shacklaw.net

***Attorneys for Defendant Bio-Synthesis, Inc.***