**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 2:09-cv-00283 |
| v. | § § | |
| BIOSEARCH TECHNOLOGIES, INC., BIO-SYNTHESIS, INC., and EUROFINS MWG OPERON INC., | § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Cora L. Schmid, hereby enters her appearance as counsel of record on behalf of Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, for purposes of receiving notices and orders from the Court.

Date: October 17, 2011

Respectfully submitted,

    */s/  Cora L. Schmid*
Cora L. Schmid (California Bar No. 237267)
HELIXIP LLP
400 Seaport Court, Suite 105
Redwood City, CA  94063-2799
Tel:  (650) 241-0194
Email:  cschmid@helixip.com

*Attorney for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of October, 2011.

                                                             */s/  Cora L. Schmid*